1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456
5

6  Paul R. Kiesel, Esq. (SBN 119854)
   kiesel@kbla.com
7  Patrick DeBlase, Esq. (SBN 167138)
   deblase@kbla.com
8  Michael C. Eyerly, Esq. (SBN 178693)
   everly@kbla.com
9  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard
10 Beverly Hills, California 90211
   Phone: (310) 854-4444; Fax: (310) 854-0812

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

11 Attorneys for Plaintiff and all others Similarly Situated

12

13                   UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

15  ENEIDA AMPARAN, individually and on      )   CASE NO. C07 04498
    behalf of all others similarly situated, )
16                                            )
                Plaintiff,                    )   **CERTIFICATION OF INTERESTED**
17                                            )   **ENTITIES OR PERSONS**
                                              )
18        v.                                  )
                                              )
19                                            )
    PLAZA HOME MORTGAGE, INC. and DOES        )
20  1 through 10 inclusive,                   )
                                              )
21              Defendants.                   )
                                              )
22                                            )
                                              )   Complaint Filed: August __, 2007
23  _____      )

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

In addition to the named parties: Members of the proposed class or classes of PLAZA HOME MORTGAGE, INC.'s customers who received an ARM or adjustable rate mortgage, whose identities are as yet unknown.

DATED: August ___, 2007

SPIRO MOSS BARNESS LLP

By: _____
David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jeffrey K. Berns, Esq.
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS