1  JOHN D. ALESSIO, Esq. (SBN 174900)
   Thompson & Alessio LLP
2  2550 Fifth Ave, Ste. 600
   San Diego, CA 92103
3
   Attorneys for Defendant
4  PLAZA HOME MORTGAGE, INC.

5

6

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | ENEIDA AMPARAN, individually and on behalf of all others similarly situated, | Case No. C-07-04498 PVT
13 | | **STIPULATION TO EXTEND TIME TO RESPOND**
14 | Plaintiff, |
15 | v. |
16 | PLAZA HOME MORTGAGE, and DOES 1 through 10 Inclusive, |
17 | Defendants. |

18

19

20

21

22

23

24

25

26

27

28

1     WHEREAS plaintiffs filed a first amended complaint October 11, 2007;

2     WHEREAS the Court set the following dates: (i) 11/21/07 - Last day for the Rule 26 conference; (ii) 12/5/07 - Last date to file Rule 26(f) Report; and (iii) 12/12/07 - Initial Case Management Conference;

3     WHEREAS, in light of the complexity of this class action matter, the recent and well publicized San Diego FireStorm emergencies and evacuations that have affected Defendant, Plaza Home Mortgage, Inc. and counsel for Defendant, the parties have agreed that defendants may be afforded an additional period in which to respond to the first amended complaint;

4     IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that defendants' deadline for responding to the first amended complaint shall be extended to December 16, 2007.

5     The parties also jointly request that the Court continue and/or reset the Rule 26 and Initial Case Management Conference dates at least 30 days after December 16, 2007.

1  Dated:   November 6, 2007           THOMPSON ALESSIO, LLP

                                       By: _____
                                              John D. Alessio, Esq.
                                           Attorneys for Defendant

7  Dated:   November 6, 2007           DAVID M. ARBOGAST
                                       SPIRO MOSS BARNESS LLP

                                       By: _____
                                              David M. Arbogast
                                           Attorneys for Plaintiff

**PROOF OF SERVICE**
Eneida Amparan v. Plaza Home Mortgage
Case No. C-07-04498 PVT

I am over the age of eighteen years and not a party to the within action. My business address is 11377 W. Olympic Blvd., Suite 500, Los Angeles, CA 90064-1683. I am employed at that address at the firm of Spiro Moss Barness LLP.

On the date set forth below I served the document(s) described as: **STIPULATION TO EXTEND TIME TO RESPOND** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Spiro Moss Barness LLP:

John D. Alessio, Esq.
Thompson & Alessio LLP
2550 Fifth Avenue, Ste. 600
San Diego, CA 92103

[X]    **BY MAIL**: I am readily familiar with this firms's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Spiro Moss Barness LLP at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the above-mentioned practice of Spiro Moss Barness LLP, the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles County, California, on November 7, 2007.

Emily Moss