1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated, | CASE NO. C-07-04498 PVT |
| Plaintiff, | Judge: Hon. Patricia V. Trumbull<br>Ctrm: 5 |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND REVISED SCHEDULING ORDER** |
| PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |
| | Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

Stipulation and [Proposed] Order - C-O7-4498 PVT

1    Subject to the Court's approval, Plaintiff, ENEIDA AMPARAN (hereinafter "Plaintiff") and
2    Defendant, Plaza Home Mortgage, Inc., hereby stipulate and agree pursuant to Northern District of
3    California Civil Local Rule 6(a), as follows:

4    1.    The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall
5    be extended through December 17, 2007;

6    2.    The Last date for the parties to meet and confer re: initial disclosures, early settlement,
7    ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be
8    extended through January 7, 2008;

9    3.    The last date for the parties to file Joint ADR Certification with Stipulation to ADR
10   Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended
11   through January 21, 2008; and

12   4.    The Initial Case Management Conference ("ICMC") shall be continued to February 1,
13   2008, at 10:30 a.m.

14   Respectfully Submitted,

15   DATED: December 4, 2007                    SPIRO MOSS BARNESS LLP

16

17                                              By: _____
                                                    David M. Arbogast
18                                                  on behalf of Plaintiff ENEIDA AMPARAN

19   DATED: December 4, 2007                    THOMPSON & ALESSIO LLP

20

21                                              By: _____
                                                    John D. Alessio Alessio
22                                                  on behalf of Defendant PLAZA HOME
                                                    MORTGAGE, INC.
23

24

25

26

27

28

-2-
Stipulation and [Proposed] Order - C-O7-4498 PVT

1                                   **[PROPOSED] ORDER**

2         Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED

3 that:

4        1.     The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall

5 be extended through December 17, 2007;

6        2.     The Last date for the parties to meet and confer re: initial disclosures, early settlement,

7 ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be

8 extended through January 7, 2008;

9        3.     The last date for the parties to file Joint ADR Certification with Stipulation to ADR

10 Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended

11 through January 21, 2008; and

12        4.     The Initial Case Management Conference ("ICMC") shall be continued to February 1,

13 2008, at 10:30 a.m.

14       IT IS SO ORDERED

15 Dated: December \_\_, 2007

                               Hon. Patricia V. Trumbull
16                                United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28