1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456
5

6  Paul R. Kiesel, Esq. (SBN 119854)           Jonathan Shub (SBN 237708)
   kiesel@kbla.com                              jshub@seegerweiss.com
7  Patrick DeBlase, Esq. (SBN 167138)           **SEEGER WEISS LLP**
   deblase@kbla.com                             1515 Market Street, Suite 1380
8  Michael C. Eyerly, Esq. (SBN 178693)         Philadelphia, PA 19107
   eyerly@kbla.com                              Phone: (215) 564-2300; Fax (215) 851-8029
9  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard                      Jeffrey K. Berns, Esq. (SBN 131351)
10 Beverly Hills, California 90211              jberns@jeffbernslaw.com
   Phone: (310) 854-4444; Fax: (310) 854-0812   **LAW OFFICES OF JEFFREY K. BERNS**
11                                              19510 Ventura Boulevard, Suite 200
                                                Tarzana, California 91356
12                                              Phone: (818) 961-2000; Fax: (818) 867-4820

13 Attorneys for Plaintiff and all others Similarly Situated

14
                       **UNITED STATES DISTRICT COURT**
15
                **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**
16

17 ENEIDA AMPARAN, individually and on          )  **CASE NO. C-07-04498 PVT**
   behalf of all others similarly situated,     )
18                                              )  Judge: Hon. Patricia V. Trumbull
            Plaintiff,                          )  Ctrm: 5
19                                              )
                                                )  **NOTICE OF ASSOCIATION OF COUNSEL**
20      v.                                      )
                                                )
21                                              )
   PLAZA HOME MORTGAGE, INC. and DOES )
22 1 through 10 inclusive,                      )
                                                )
23          Defendants.                         )
                                                )  Complaint Filed: August 29, 2007
24                                              )  Trial Date: Not yet set
                                                )
25 ─────────────────────────────────────────────)

26

27

28

---

NOTICE OF ASSOCIATION OF COUNSEL - C-07-4498 PVT

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Jonathan Shub (CA State Bar No. 237708) of Seeger Weiss LLP, 1515 Market Street, Suite 1380, Philadelphia, PA 19102, Telephone: (215) 564-2300; Facsimile: (215) 851-8029 is hereby associated with counsel for Plaintiff, ENEIDA AMPARAN, individually and on behalf of all others similarly situated, in this matter.

DATED: December 4, 2007                SPIRO MOSS BARNESS LLP


By:     **/S/**
        David M. Arbogast, Esq.
        11377 W. Olympic Boulevard, Fifth Floor
        Los Angeles, CA 90064-1683
        Phone: (310) 235-2468; Fax: (310) 235-2456

        Paul R. Kiesel, Esq.
        Patrick Deblase, Esq.
        Michael C. Eyerly, Esq.
        KIESEL BOUCHER LARSON LLP
        8648 Wilshire Boulevard
        Beverly Hills, California 90210
        Phone: (310) 854-4444; Fax: (310) 854-0812

        Jonathan Shub (SBN 237708)
        SEEGER WEISS LLP
        1515 Market Street, Suite 1380
        Philadelphia, PA 19107
        Phone: (215) 564-2300; Fax (215) 851-8029

        Jeffrey K. Berns, Esq.
        LAW OFFICES OF JEFFREY K. BERNS
        19510 Ventura Blvd, Suite 200
        Tarzana, California 91356
        Phone: (818) 961-2000; Fax: (818) 867-4820

        Attorneys for Plaintiff and all others Similarly Situated

-2-
NOTICE OF ASSOCIATION OF COUNSEL - C-07-4498 PVT