UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO. C-07-04498 PVT<br><br>Judge: Hon. Patricia V. Trumbull<br>Ctrm: 5<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND REVISED SCHEDULING ORDER**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

Stipulation and [Proposed] Order - C-O7-4498 PVT

    Subject to the Court's approval, Plaintiff, ENEIDA AMPARAN (hereinafter "Plaintiff") and Defendant, Plaza Home Mortgage, Inc., hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

    1.    The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall be extended through December 17, 2007;

    2.    The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through January 7, 2008;

    3.    The last date for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through January 21, 2008;

    4.    The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be extended to February 4, 2008.

    5.    The Initial Case Management Conference ("ICMC") shall be continued to February 12, 2008, at 2:00 p.m.

    Respectfully Submitted,

DATED: December 5, 2007        SPIRO MOSS BARNESS LLP

By: _____
David M. Arbogast
on behalf of Plaintiff ENEIDA AMPARAN

DATED: December 5, 2007        THOMPSON & ALESSIO LLP

By: _____
John D. Alessio
on behalf of Defendant PLAZA HOME MORTGAGE, INC.

-2-

Stipulation and [Proposed] Order - C-07-4498 PVT

## [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The time by which Defendant must respond to Plaintiffs' First Amended Complaint shall be extended through December 17, 2007;

2. The Last date for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall be extended through January 7, 2008;

3. The last date for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 shall be extended through January 21, 2008; and

4. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be extended to February 4, 2008.

5. The Initial Case Management Conference ("ICMC") shall be continued to February 12, 2008, at 2:00 p.m.

IT IS SO ORDERED

Dated: December 6, 2007

*Patricia V. Trumbull*
Hon. Patricia V. Trumbull
United States Magistrate Judge