Kris P. Thompson, Esq., SBN 154866
John D. Alessio, Esq., SBN 174900
Mark E. Bale, Esq. SBN 174921
**THOMPSON & ALESSIO, LLP**
2550 Fifth Ave., Suite 600
San Diego, CA 92103
Phone: (619) 233-9100
Fax:    (619) 233-9400

Attorneys for Defendant
PLAZA HOME MORTGAGE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated, ) ) ) | Case No.:  C 07 04498 PVT |
| Plaintiff, ) ) | |
| vs. ) ) | **ANSWER OF DEFENDANT PLAZA HOME MORTGAGE, INC. TO FIRST AMENDED CLASS ACTION COMPLAINT** |
| PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive, ) ) ) | |
| Defendants. ) ) ) ) ) ) | **(Demand for Jury Trial)** |

Comes now Defendant PLAZA HOME MORTGAGE, INC, ("Defendant") in the above-entitled action and answering and countering the complaint of Plaintiff ENEIDA AMPARAN ("Plaintiff") admits, denies, and alleges as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1

# I.

## ADMISSIONS AND DENIALS

### INTRODUCTION

1.    Answering paragraph 1 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

### THE PARTIES

2.    Answering paragraph 2 of Plaintiff's complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

3.    Answering paragraph 3 of Plaintiff's complaint, Defendant admits it is a California corporation licensed to do business and doing business in California.  Defendant further admits it transacts business in Santa Clara County, California.  Except as so admitted, Defendant denies each and every allegation contained in said paragraph.

4.    Answering paragraph 4 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

5.    Answering paragraph 5 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

6.    Answering paragraph 6 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

7.    Answering paragraph 7 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

8.    Answering paragraph 8 of Plaintiff's complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9.    Answering paragraph 9 of Plaintiff's complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

1       10.    Answering paragraph 10 of Plaintiff's complaint, Defendant is without sufficient

2 knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

3 and on that basis denies each and every allegation contained therein.

4       11.    Answering paragraph 11 of Plaintiff's complaint, Defendant denies each and every

5 allegation contained in said paragraph.

6                   **JURISDICTION AND VENUE**

7       12.    Answering paragraph 12 of Plaintiff's complaint, Defendant is without sufficient

8 knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

9 and on that basis denies each and every allegation contained therein.

10       13.    Answering paragraph 13 of Plaintiff's complaint, Defendant is without sufficient

11 knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

12 and on that basis denies each and every allegation contained therein.

13       14.    Answering paragraph 14 of Plaintiff's complaint, Defendant is without sufficient

14 knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

15 and on that basis denies each and every allegation contained therein.

16            **FACTS COMMON TO ALL CAUSES OF ACTION**

17       15.    Answering paragraph 15 of Plaintiff's complaint, Defendant denies each and every

18 allegation contained in said paragraph.

19       16.    Answering paragraph 16 of Plaintiff's complaint, Defendant denies each and every

20 allegation contained in said paragraph.

21       17.    Answering paragraph 17 of Plaintiff's complaint, Defendant denies each and every

22 allegation contained in said paragraph.

23       18.    Answering paragraph 18 of Plaintiff's complaint, Defendant denies each and every

24 allegation contained in said paragraph.

25       19.    Answering paragraph 19 of Plaintiff's complaint, Defendant denies each and every

26 allegation contained in said paragraph.

27       20.    Answering paragraph 20 of Plaintiff's complaint, Defendant denies each and every

28 allegation contained in said paragraph.

1       21.     Answering paragraph 21 of Plaintiff's complaint, Defendant denies each and every

2  allegation contained in said paragraph.

3       22.     Answering paragraph 22 of Plaintiff's complaint, Defendant denies each and every

4  allegation contained in said paragraph.

5       23.     Answering paragraph 23 of Plaintiff's complaint, Defendant denies each and every

6  allegation contained in said paragraph.

7       24.     Answering paragraph 24 of Plaintiff's complaint, Defendant denies each and every

8  allegation contained in said paragraph.

9       25.     Answering paragraph 25 of Plaintiff's complaint, Defendant denies each and every

10  allegation contained in said paragraph.

11       26.     Answering paragraph 26 of Plaintiff's complaint, Defendant denies each and every

12  allegation contained in said paragraph.

13       27.     Answering paragraph 27 of Plaintiff's complaint, Defendant denies each and every

14  allegation contained in said paragraph.

15       28.     Answering paragraph 28 of Plaintiff's complaint, Defendant denies each and every

16  allegation contained in said paragraph.

17       29.     Answering paragraph 29 of Plaintiff's complaint, Defendant denies each and every

18  allegation contained in said paragraph.

19       30.     Answering paragraph 30 of Plaintiff's complaint, Defendant denies each and every

20  allegation contained in said paragraph.

21       31.     Answering paragraph 31 of Plaintiff's complaint, Defendant denies each and every

22  allegation contained in said paragraph.

23       32.     Answering paragraph 32 of Plaintiff's complaint, Defendant denies each and every

24  allegation contained in said paragraph.

25       33.     Answering paragraph 33 of Plaintiff's complaint, Defendant denies each and every

26  allegation contained in said paragraph.

27       34.     Answering paragraph 34 of Plaintiff's complaint, Defendant denies each and every

28  allegation contained in said paragraph.

35.    Answering paragraph 35 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

36.    Answering paragraph 36 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

37.    Answering paragraph 37 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

38.    Answering paragraph 38 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

39.    Answering paragraph 39 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

40.    Answering paragraph 40 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

41.    Answering paragraph 41 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

42.    Answering paragraph 42 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

43.    Answering paragraph 43 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

44.    Answering paragraph 44 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

## CLASS ACTION ALLEGATIONS

45.    Answering paragraph 45 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

46.    Answering paragraph 46 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

47.    Answering paragraph 47 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

48.    Answering paragraph 48 of Plaintiff's complaint, Defendant denies each and every

1   allegation contained in said paragraph.

2        49.     Answering paragraph 49 of Plaintiff's complaint, Defendant denies each and every

3   allegation contained in said paragraph.

4        50.     Answering paragraph 50 of Plaintiff's complaint, Defendant denies each and every

5   allegation contained in said paragraph.

6        51.     Answering paragraph 51 of Plaintiff's complaint, Defendant denies each and every

7   allegation contained in said paragraph.

8                              **FIRST CAUSE OF ACTION**

9        52.     Answering paragraph 52 of Plaintiff's complaint, Defendant incorporates all preceding

10  paragraphs as though fully set forth herein.

11       53.     Answering paragraph 53 of Plaintiff's complaint, Defendant is without sufficient

12  knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

13  and on that basis denies each and every allegation contained therein.

14       54.     Answering paragraph 54 of Plaintiff's complaint, Defendant is without sufficient

15  knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

16  and on that basis denies each and every allegation contained therein.

17       55.     Answering paragraph 55 of Plaintiff's complaint, Defendant is without sufficient

18  knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

19  and on that basis denies each and every allegation contained therein.

20       56.     Answering paragraph 56 of Plaintiff's complaint, Defendant denies each and every

21  allegation contained in said paragraph.

22       57.     Answering paragraph 57 of Plaintiff's complaint, Defendant denies each and every

23  allegation contained in said paragraph.

24       58.     Answering paragraph 58 of Plaintiff's complaint, Defendant denies each and every

25  allegation contained in said paragraph.

26       59.     Answering paragraph 59 of Plaintiff's complaint, Defendant denies each and every

27  allegation contained in said paragraph.

28       60.     Answering paragraph 60 of Plaintiff's complaint, Defendant denies each and every

1    allegation contained in said paragraph.

2        61.    Answering paragraph 61 of Plaintiff's complaint, Defendant denies each and every

3    allegation contained in said paragraph.

4        62.    Answering paragraph 62 of Plaintiff's complaint, Defendant denies each and every

5    allegation contained in said paragraph.

6        63.    Answering paragraph 63 of Plaintiff's complaint, Defendant denies each and every

7    allegation contained in said paragraph.

8        64.    Answering paragraph 64 of Plaintiff's complaint, Defendant denies each and every

9    allegation contained in said paragraph.

10        65.    Answering paragraph 65 of Plaintiff's complaint, Defendant denies each and every

11    allegation contained in said paragraph.

12        66.    Answering paragraph 66 of Plaintiff's complaint, Defendant denies each and every

13    allegation contained in said paragraph.

14        67.    Answering paragraph 67 of Plaintiff's complaint, Defendant is without sufficient

15    knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

16    and on that basis denies each and every allegation contained therein.

17        68.    Answering paragraph 68 of Plaintiff's complaint, Defendant denies each and every

18    allegation contained in said paragraph.

19        69.    Answering paragraph 69 of Plaintiff's complaint, Defendant is without sufficient

20    knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

21    and on that basis denies each and every allegation contained therein.

22        70.    Answering paragraph 70 of Plaintiff's complaint, Defendant denies each and every

23    allegation contained in said paragraph.

24        71.    Answering paragraph 71 of Plaintiff's complaint, Defendant denies each and every

25    allegation contained in said paragraph.

26        72.    Answering paragraph 72 of Plaintiff's complaint, Defendant denies each and every

27    allegation contained in said paragraph.

28        73.    Answering paragraph 73 of Plaintiff's complaint, Defendant denies each and every

1  allegation contained in said paragraph.

2       74.    Answering paragraph 74 of Plaintiff's complaint, Defendant denies each and every

3  allegation contained in said paragraph.

4       75.    Answering paragraph 75 of Plaintiff's complaint, Defendant denies each and every

5  allegation contained in said paragraph.

6       76.    Answering paragraph 76 of Plaintiff's complaint, Defendant denies each and every

7  allegation contained in said paragraph.

8       77.    Answering paragraph 77 of Plaintiff's complaint, Defendant denies each and every

9  allegation contained in said paragraph.

10      78.    Answering paragraph 78 of Plaintiff's complaint, Defendant denies each and every

11 allegation contained in said paragraph.

12      79.    Answering paragraph 79 of Plaintiff's complaint, Defendant denies each and every

13 allegation contained in said paragraph.

14      80.    Answering paragraph 80 of Plaintiff's complaint, Defendant denies each and every

15 allegation contained in said paragraph.

16      81.    Answering paragraph 81 of Plaintiff's complaint, Defendant denies each and every

17 allegation contained in said paragraph.

18      82.    Answering paragraph 82 of Plaintiff's complaint, Defendant denies each and every

19 allegation contained in said paragraph.

20      83.    Answering paragraph 83 of Plaintiff's complaint, Defendant denies each and every

21 allegation contained in said paragraph.

22      84.    Answering paragraph 84 of Plaintiff's complaint, Defendant is without sufficient

23 knowledge or information to form a belief as to the truth of all the allegations contained in said paragraph,

24 and on that basis denies each and every allegation contained therein.

25      85.    Answering paragraph 85 of Plaintiff's complaint, Defendant denies each and every

26 allegation contained in said paragraph.

27      86.    Answering paragraph 86 of Plaintiff's complaint, Defendant denies each and every

28 allegation contained in said paragraph.

87.     Answering paragraph 87 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

88.     Answering paragraph 88 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

**SECOND CAUSE OF ACTION**

89.     Answering paragraph 89 of Plaintiff's complaint, Defendant incorporates all preceding paragraphs as though fully set forth herein.

90.     Answering paragraph 90 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

91.     Answering paragraph 91 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

92.     Answering paragraph 92 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

93.     Answering paragraph 93 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

94.     Answering paragraph 94 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

95.     Answering paragraph 95 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

96.     Answering paragraph 96 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

97.     Answering paragraph 97 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

98.     Answering paragraph 98 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

99.     Answering paragraph 99 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

1        100.    Answering paragraph 100 of Plaintiff's complaint, Defendant denies each and every

2  allegation contained in said paragraph.

3                        **THIRD CAUSE OF ACTION**

4        101.    Answering paragraph 101 of Plaintiff's complaint, Defendant incorporates all preceding

5  paragraphs as though fully set forth herein.

6        102.    Answering paragraph 102 of Plaintiff's complaint, Defendant denies each and every

7  allegation contained in said paragraph.

8        103.    Answering paragraph 103 of Plaintiff's complaint, Defendant denies each and every

9  allegation contained in said paragraph.

10        104.    Answering paragraph 104 of Plaintiff's complaint, Defendant denies each and every

11  allegation contained in said paragraph.

12        105.    Answering paragraph 105 of Plaintiff's complaint, Defendant denies each and every

13  allegation contained in said paragraph.

14        106.    Answering paragraph 106 of Plaintiff's complaint, Defendant denies each and every

15  allegation contained in said paragraph.

16        107.    Answering paragraph 107 of Plaintiff's complaint, Defendant denies each and every

17  allegation contained in said paragraph.

18        108.    Answering paragraph 108 of Plaintiff's complaint, Defendant denies each and every

19  allegation contained in said paragraph.

20        109.    Answering paragraph 109 of Plaintiff's complaint, Defendant denies each and every

21  allegation contained in said paragraph.

22        110.    Answering paragraph 110 of Plaintiff's complaint, Defendant denies each and every

23  allegation contained in said paragraph.

24        111.    Answering paragraph 111 of Plaintiff's complaint, Defendant denies each and every

25  allegation contained in said paragraph.

26        112.    Answering paragraph 112 of Plaintiff's complaint, Defendant denies each and every

27  allegation contained in said paragraph.

28

1    113.    Answering paragraph 113 of Plaintiff's complaint, Defendant denies each and every

2    allegation contained in said paragraph.

3    114.    Answering paragraph 114 of Plaintiff's complaint, Defendant denies each and every

4    allegation contained in said paragraph.

5    115.    Answering paragraph 115 of Plaintiff's complaint, Defendant denies each and every

6    allegation contained in said paragraph.

7    116.    Answering paragraph 116 of Plaintiff's complaint, Defendant denies each and every

8    allegation contained in said paragraph.

9    117.    Answering paragraph 117 of Plaintiff's complaint, Defendant denies each and every

10    allegation contained in said paragraph.

11    118.    Answering paragraph 118 of Plaintiff's complaint, Defendant denies each and every

12    allegation contained in said paragraph.

13    119.    Answering paragraph 119 of Plaintiff's complaint, Defendant denies each and every

14    allegation contained in said paragraph.

15    120.    Answering paragraph 120 of Plaintiff's complaint, Defendant denies each and every

16    allegation contained in said paragraph.

17    121.    Answering paragraph 121 of Plaintiff's complaint, Defendant denies each and every

18    allegation contained in said paragraph.

19    122.    Answering paragraph 122 of Plaintiff's complaint, Defendant denies each and every

20    allegation contained in said paragraph.

21    **FOURTH CAUSE OF ACTION**

22    123.    Answering paragraph 123 of Plaintiff's complaint, Defendant incorporates all preceding

23    paragraphs as though fully set forth herein.

24    124.    Answering paragraph 124 of Plaintiff's complaint, Defendant denies each and every

25    allegation contained in said paragraph.

26    125.    Answering paragraph 125 of Plaintiff's complaint, Defendant denies each and every

27    allegation contained in said paragraph.

28

*ENEIDA AMPARAN v. PLAZA HOME MORTGAGE, INC. – CASE NUMBER C07 04498 PVT*
*ANSWER OF DEFENDANT PLAZA HOME MORTGAGE, INC. TO FIRST AMENDED COMPLAINT*

1    126.    Answering paragraph 126 of Plaintiff's complaint, Defendant denies each and every

2    allegation contained in said paragraph.

3    127.    Answering paragraph 127 of Plaintiff's complaint, Defendant denies each and every

4    allegation contained in said paragraph.

5    128.    Answering paragraph 128 of Plaintiff's complaint, Defendant denies each and every

6    allegation contained in said paragraph.

7    129.    Answering paragraph 129 of Plaintiff's complaint, Defendant denies each and every

8    allegation contained in said paragraph.

9    130.    Answering paragraph 130 of Plaintiff's complaint, Defendant denies each and every

10    allegation contained in said paragraph.

11    131.    Answering paragraph 131 of Plaintiff's complaint, Defendant denies each and every

12    allegation contained in said paragraph.

13    132.    Answering paragraph 132 of Plaintiff's complaint, Defendant denies each and every

14    allegation contained in said paragraph.

15    133.    Answering paragraph 133 of Plaintiff's complaint, Defendant denies each and every

16    allegation contained in said paragraph.

17    134.    Answering paragraph 134 of Plaintiff's complaint, Defendant denies each and every

18    allegation contained in said paragraph.

19                                **FIFTH CAUSE OF ACTION**

20    135.    Answering paragraph 135 of Plaintiff's complaint, Defendant incorporates all preceding

21    paragraphs as though fully set forth herein.

22    136.    Answering paragraph 136 of Plaintiff's complaint, Defendant denies each and every

23    allegation contained in said paragraph.

24    137.    Answering paragraph 137 of Plaintiff's complaint, Defendant denies each and every

25    allegation contained in said paragraph.

26    138.    Answering paragraph 138 of Plaintiff's complaint, Defendant denies each and every

27    allegation contained in said paragraph.

28

1    139.    Answering paragraph 139 of Plaintiff's complaint, Defendant denies each and every
2    allegation contained in said paragraph.

3    140.    Answering paragraph 140 of Plaintiff's complaint, Defendant denies each and every
4    allegation contained in said paragraph.

5    141.    Answering paragraph 141 of Plaintiff's complaint, Defendant denies each and every
6    allegation contained in said paragraph.

7    142.    Answering paragraph 142 of Plaintiff's complaint, Defendant denies each and every
8    allegation contained in said paragraph.

9    143.    Answering paragraph 143 of Plaintiff's complaint, Defendant denies each and every
10   allegation contained in said paragraph.

11   144.    Answering paragraph 144 of Plaintiff's complaint, Defendant denies each and every
12   allegation contained in said paragraph.

13   145.    Answering paragraph 145 of Plaintiff's complaint, Defendant denies each and every
14   allegation contained in said paragraph.

15   146.    Answering paragraph 146 of Plaintiff's complaint, Defendant denies each and every
16   allegation contained in said paragraph.

17   147.    Answering paragraph 147 of Plaintiff's complaint, Defendant denies each and every
18   allegation contained in said paragraph.

19   148.    Answering paragraph 148 of Plaintiff's complaint, Defendant denies each and every
20   allegation contained in said paragraph.

21   149.    Answering paragraph 149 of Plaintiff's complaint, Defendant denies each and every
22   allegation contained in said paragraph.

23   150.    Answering paragraph 150 of Plaintiff's complaint, Defendant denies each and every
24   allegation contained in said paragraph.

25                    **SIXTH CAUSE OF ACTION**

26   151.    Answering paragraph 151 of Plaintiff's complaint, Defendant incorporates all preceding
27   paragraphs as though fully set forth herein.

28

1      152.    Answering paragraph 152 of Plaintiff's complaint, Defendant denies each and every
2  allegation contained in said paragraph.

3      153.    Answering paragraph 153 of Plaintiff's complaint, Defendant denies each and every
4  allegation contained in said paragraph.

5      154.    Answering paragraph 154 of Plaintiff's complaint, Defendant denies each and every
6  allegation contained in said paragraph.

7      155.    Answering paragraph 155 of Plaintiff's complaint, Defendant denies each and every
8  allegation contained in said paragraph.

9      156.    Answering paragraph 156 of Plaintiff's complaint, Defendant denies each and every
10  allegation contained in said paragraph.

11      157.    Answering paragraph 157 of Plaintiff's complaint, Defendant denies each and every
12  allegation contained in said paragraph.

13      158.    Answering paragraph 158 of Plaintiff's complaint, Defendant denies each and every
14  allegation contained in said paragraph.

15      159.    Answering paragraph 159 of Plaintiff's complaint, Defendant denies each and every
16  allegation contained in said paragraph.

17      160.    Answering paragraph 160 of Plaintiff's complaint, Defendant denies each and every
18  allegation contained in said paragraph.

19      161.    Answering paragraph 161 of Plaintiff's complaint, Defendant denies each and every
20  allegation contained in said paragraph.

21      162.    Answering paragraph 162 of Plaintiff's complaint, Defendant denies each and every
22  allegation contained in said paragraph.

23      163.    Answering paragraph 163 of Plaintiff's complaint, Defendant denies each and every
24  allegation contained in said paragraph.

25      164.    Answering paragraph 164 of Plaintiff's complaint, Defendant denies each and every
26  allegation contained in said paragraph.

27      165.    Answering paragraph 165 of Plaintiff's complaint, Defendant denies each and every
28  allegation contained in said paragraph.

166.     Answering paragraph 166 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

167.     Answering paragraph 167 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

168.     Answering paragraph 168 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

169.     Answering paragraph 169 of Plaintiff's complaint, Defendant denies each and every allegation contained in said paragraph.

### PRAYER FOR RELIEF

### (By Plaintiff)

Defendant denies each and every claim for relief asserted in Plaintiff's prayer for relief.

### II.

### AFFIRMATIVE DEFENSES

*AS AND FOR A **FIRST**, SEPARATE AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

170.     By reason of Plaintiff's actions, representations, conduct, acts, and/or omissions to act, Plaintiff has waived each and every alleged claim against Defendant as set forth in the complaint.  Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any purported rights or entitlements as set forth in the complaint.

*AS AND FOR A **SECOND**, SEPARATE AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

171.     That as against this answering Defendant, Plaintiff's action as a whole, and each cause of action individually, is barred by the applicable statutes of limitations under California law and/or Federal law including, but not limited to, 15 U.S.C.A. sec. 1640, et seq., as well as other statute and Federal statutes of limitations.

1

*AS AND FOR A **THIRD**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*

2

*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

3      172.    Plaintiff has failed to exercise reasonable care and diligence to avoid loss and to minimize

4    damages and, therefore, Plaintiff may not recover for losses, which could have been prevented by reasonable

5    efforts on its own part, or by actions that might reasonably have been taken.  Therefore, Plaintiff's recovery, if

6    any, should be reduced by the failure of the Plaintiff to mitigate its damages.

7

8

*AS AND FOR A **FOURTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*

9

*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

10      173.    By virtue of Plaintiff's unlawful, immoral, careless, negligent and other wrongful conduct,

11    Plaintiff should be barred from recovering against this answering Defendant by the equitable doctrine of

12    unclean hands.

13

*AS AND FOR A **FIFTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*

14

*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

15      174.    By virtue of Plaintiff's employee's/representative's and/or agent's unlawful, immoral, careless,

16    negligent and other wrongful conduct, Plaintiff should be barred from recovering against this answering

17    Defendant by the equitable doctrine of unclean hands.

18

*AS AND FOR A **SIXTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*

19

*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

20      175.    No relief may be obtained under the complaint by reason of Plaintiff's failure to do equity

21    in the matters alleged in the complaint.

22

*AS AND FOR A **SEVENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*

23

*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

24      176.    Plaintiff's complaint is barred and Plaintiff is prevented from recovering damages or other

25    relief by reason of Plaintiff's lack of standing to assert the claims in Plaintiff's complaint.

26

27

28

*AS AND FOR A **EIGHTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

177.    Plaintiff's complaint is barred and Plaintiff is prevented from recovering damages or other relief by reason of Plaintiff's lack of capacity to maintain an action or proceeding in the United States District Court, Southern District of California, and/or any legal forum.

*AS AND FOR A **NINTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

178.    That the remedies sought by Plaintiff are excessive and duplicative and therefore unconstitutional.

*AS AND FOR A **TENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

179.    Plaintiff is estopped to assert any claim or other right against Defendant by reason of Plaintiff's own actions, representations, conduct, and/or omissions to act, and upon which Defendant relied to its prejudice and detriment.

*AS AND FOR A **ELEVENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

180.    Plaintiff has unjustifiably and inexcusably and unreasonably delayed in the commencement of this action to the prejudice of Defendant.  Therefore, Plaintiff's complaint is barred by the equitable doctrine of laches.

*AS AND FOR A **TWELFTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

181.    Defendant has appropriately, completely, and fully performed, discharged or been excused from any and all obligations and legal duties, if any, arising out of the matters alleged in Plaintiff's complaint and, therefore, Plaintiff is barred from recovery thereon.

*AS AND FOR A **THIRTEENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

182.    Plaintiff has been damaged, if at all, in whole or in part, by virtue of its own acts and omissions and, to that extent, the damage alleged, if any must be diminished in whole or in part according to proof thereof at the time of trial under.

*AS AND FOR A **FOURTEENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, AND AS A COUNTERCLAIM, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

183.    Defendant alleges that Plaintiff's alleged damages are barred, or any recovery should be reduced, by any and all lawful set offs available to Defendant.

*AS AND FOR A **FIFTEENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

184.    Plaintiff's complaint is barred and Plaintiff is prevented from recovering damages or other relief in that this Court lacks jurisdiction to consider the claims in Plaintiff's complaint.

*AS AND FOR A **SIXTEENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

185.    That Plaintiff's action is barred for lack of sufficient writing subscribed by the party to be charged which includes, without limitation, a violation of the provisions of California Civil Code § 1624 and/or any similar or equivalent Federal or state statute of frauds.

*AS AND FOR A **SEVENTEENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

186.    Plaintiff's complaint is barred and Plaintiff is prevented from recovering damages or other relief by virtue of its fraud and misrepresentation and/or the fraud and misrepresentation of Plaintiff's employees, representatives and/or agents.

*AS AND FOR A **EIGHTEENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

187.    Plaintiff's complaint is barred and Plaintiff is prevented from recovering damages or other relief by virtue of its breaches of the covenant of good faith and fair dealing owed to Defendant.

*AS AND FOR A **NINETEENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

188.    Plaintiff's complaint fails to state facts sufficient to constitute a cause of action against Defendant.

*AS AND FOR A **TWENTIETH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

189.    Plaintiff, by its conduct, has acquiesced and consented to the alleged conduct of Defendant, and is, therefore, barred from maintaining this action.

*AS AND FOR A **TWENTY-FIRST**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

190.    The alleged conduct of Defendant with regard to the matters alleged in the Complaint was justified, and by reason of the foregoing, Plaintiff is barred from any recovery against Defendant herein.

*AS AND FOR A **TWENTY-SECOND**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

191.    That at all times and places set forth in the Complaint, Plaintiff failed to exercise ordinary care on its own behalf, which negligence and carelessness was a substantial factor of some portion, up to and including the whole thereof, of the injuries and damages complained of in this action. Plaintiff's recovery, therefore, against this answering Defendant should be barred or reduced according to principles of comparative negligence.

*AS AND FOR A **TWENTY-THIRD**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

192.    That this answering Defendant denies any wrongdoing, negligence, carelessness, fault or liability on his part.  However, should it be determined that this answering Defendant is liable, then this answering Defendant further alleges that Plaintiff also contributed to its own alleged injuries, losses and damages, and by virtue thereof, this answering Defendant asks that any judgment entered against it be proportionately reduced to the extent that Plaintiff's negligence legally contributed to the happening of the subject incident and to any injuries, losses or damages sustained by Plaintiff, if any there were.  That to assess any greater percentage of fault and damages against these answering Defendants in excess of their percentage of fault would be denial of equal protection and due process, which are guaranteed by the constitutions of the State of California and the United States, respectively.

*AS AND FOR A **TWENTY-FOURTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

193.    This answering defendant is not legally responsible for the acts and/or omissions of those defendants named herein as DOES 1 through 10.

*AS AND FOR A **TWENTY-FIFTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

194.    That at no time or place set forth in the Complaint did this answering Defendant operate as the agent, servant, employee, assignee, joint venturer, partner, division, owner, subsidiary, alias, alter-ego or co-conspirator of any other Defendant.

*AS AND FOR A **TWENTY-SIXTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

195.    That at no time or place set forth in the Complaint did any other Defendant operate as the agent, servant, employee, assignee, joint venturer, partner, division, owner, subsidiary, alias, alter-ego or co-conspirator of this answering Defendant.

*AS AND FOR A **TWENTY-SEVENTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

196.    That Plaintiff's claims based in part or in whole on California Business and Professions Code section 17200, *et seq.* are vague, uncertain and lack specificity and are therefore unconstitutional and in violation of Defendants' due process rights.

*AS AND FOR A **TWENTY-EIGHTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

197.    This answering Defendant's conduct was neither unfair nor unlawful nor fraudulent under Business and Professions Code section 17200, *et seq.*, or any other statute, law, regulation or code.

*AS AND FOR A **TWENTY-NINTH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

198.    This answering Defendant alleges that the basis and methods by which punitive damages are imposed pursuant to California Statutory and Common Law are fatally and constitutionally infirm, and that giving affect to such laws is violative of the First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments and other amendments to the United States Constitution and equivalent provisions of the California Constitution.

*AS AND FOR A **THIRTIETH**, SEPARATE AND AFFIRMATIVE*
*DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED*
*AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

199.    Plaintiff's complaint fails to state facts sufficient to constitute a cause of action against Defendant in that the "Note and Truth in Lending Disclosure Form" attached to the complaint as Exhibit 1 and upon which the complaint is based is unexecuted and not a contract between Plaintiff and Defendant.

/ / /

/ / /

/ / /

*AS AND FOR A **THIRTY-FIRST**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

200.    The claims alleged in Plaintiff's complaint fail for lack of adequate consideration.

*AS AND FOR A **THIRTY-SECOND**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

201.    Plaintiff is barred from any recovery on its alleged Complaint by virtue of its fraud and misrepresentation.

*AS AND FOR A **THIRTY-THIRD**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

202.    Plaintiff is barred from pursuing any remedy against this answering defendant for breach of any contract, express or implied, or for any damage which is the subject of the complaint, because Plaintiff did not notify this answering defendant within a reasonable time after Plaintiff discovered, or reasonably should have discovered the alleged breach.

*AS AND FOR A **THIRTY-FOURTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

203.    There has occurred a condition subsequent to the making of the alleged contract between the parties, excusing Defendant from any further performance due from this answering Defendant to Plaintiff and terminating any obligation by said Defendant to Plaintiff.

*AS AND FOR A **THIRTY-FIFTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

204.    There has been nonperformance of a condition precedent to any contractual duty on the part of this answering Defendant.

/ / /

/ / /

/ / /

22

*ENEIDA AMPARAN v. PLAZA HOME MORTGAGE, INC. – CASE NUMBER C07 04498 PVT
ANSWER OF DEFENDANT PLAZA HOME MORTGAGE, INC. TO FIRST AMENDED COMPLAINT*

1

*AS AND FOR A **THIRTY-SIXTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

2

3    205.    This answering defendant's business practice was and is not likely to mislead or deceive

4    the public.

5

*AS AND FOR A **THIRTY-SEVENTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

6

7    206.    That at no time mentioned herein did Plaintiff, its agents, servants, representatives, or

8    predecessors in interests, rely on any promises, warranties, express or implied, or representations which

9    may have been made by this answering Defendant in connection with the activity which it is alleged to

10   have performed under the terms of the alleged contract.

11

12

*AS AND FOR A **THIRTY-EIGHTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

13

14   207.    That Plaintiff's class action complaint is void and Plaintiff claims under the Truth and

15   Lending Act are barred since such claims are inappropriate and void when the remedy of rescission is

16   sought.

17

*AS AND FOR A **THIRTY-NINTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

18

19   208.    That Plaintiff's claims as alleged in the complaint are not appropriate for and cannot be

20   certified as class action claims.

21

*AS AND FOR A **FORTIETH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

22

23   209.    That the alleged class of plaintiffs is not so numerous that joinder of all alleged

24   plaintiffs in the action is impracticable.

25

*AS AND FOR A **FORTY-FIRST**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

26

27   210.    There is no typicality and there are uncommon questions of law and fact among the

28   claims of the alleged class members.

1

*AS AND FOR A **FORTY-SECOND**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

2

3    211.    The claims of the representative Plaintiff are not representative of the claims of the

4    alleged class members.

5

*AS AND FOR A **FORTY-THIRD**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

6

7    212.    The representative Plaintiff cannot fairly and adequately protect the interests of the

8    alleged class members.

9

*AS AND FOR A **FORTY-FOURTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

10

11

12    213.    The alleged damages available to each individual class member are not nominal and

vary greatly making it inappropriate for certification.

13

*AS AND FOR A **FORTY-FIFTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

14

15

16    214.    That all terms, descriptions, disclosures, communications associated with the alleged

17    transaction between Plaintiff and Defendant were in compliance with Truth In Lending Laws and that

18    Defendant properly, accurately, clearly and conspicuously made all necessary legal disclosures to

19    Plaintiff regarding the alleged transaction between Plaintiff and Defendant.

20

*AS AND FOR A **FORTY-SIXTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

21

22

23    215.    That Plaintiff's claims based in part or in whole on California Business and Professions

Code section 17200, *et seq.* are not proper representative actions.

24

*AS AND FOR A **FORTY-SEVENTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

25

26

27    216.    That the alleged actions of Defendant were not unfair, fraudulent or unlawful in that

Plaintiff was offered reasonable alternatives and meaningful choices at all times during the alleged

28    transaction between Plaintiff and Defendant.

*AS AND FOR A **FORTY-EIGHTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

217.    That the alleged actions of Defendant lacked deception, were not calculated to or likely to mislead, and did not mislead Plaintiff.

*AS AND FOR A **FORTY-NINTH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

218.    Plaintiff's claim is barred as to the extent there were any alleged errors, all of which are denied herein, they were bona fide errors, without intent and despite the maintenance of procedures to ensure compliance.

*AS AND FOR A **FIFTIETH**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

219.    Plaintiff's claim is barred as they failed to join indispensible parties.

*AS AND FOR A **FIFTY-FIRST**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

220.    Plaintiff's claim is barred as Plaintiff failed to perform their obligations and/or to the extent there was an alleged breach, which allegation is denied herein, Plaintiff's breach preceded such act or omission by Defendant relieving Defendant of all obligations.

*AS AND FOR A **FIFTY-SECOND**, SEPARATE AND AFFIRMATIVE
DEFENSE, THIS ANSWERING DEFENDANT IS INFORMED
AND BELIEVES AND THEREON ALLEGES AS FOLLOWS:*

221.    This answering Defendant is entitled to the benefit of all defenses and presumptions contained in, or arising from, any rule of law or statute of the state of California and or Federal law. This answering Defendant herby gives notice that it intends to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and thus reserves the right to amend this list to assert such defenses. This answering Defendant currently lacks sufficient information with which to assert additional affirmative defenses. This answering Defendant reserves the right to amend this answer in the event that additional investigation and/or discovery lead to disclosure of additional affirmative defenses.

*ENEIDA AMPARAN v. PLAZA HOME MORTGAGE, INC. – CASE NUMBER C07 04498 PVT
ANSWER OF DEFENDANT PLAZA HOME MORTGAGE, INC. TO FIRST AMENDED COMPLAINT*

III.

**JURY DEMAND**

Defendant demands trial by jury as to all issues so triable.

IV.

**PRAYER**

WHEREFORE, this answering Defendant prays that Plaintiff take nothing by way of its complaint on file herein, that judgment be entered in the within action in favor of the answering Defendant and against the Plaintiff upon the issues of the complaint and counter by this answer, together with an award to Defendant of attorneys' fees and costs of suit herein incurred, and such other and further relief as the Court deems just.

Date:   December *15*, 2007            THOMPSON & ALESSIO, LLP

By: _____

Kris P. Thompson, Esq.
John D. Alessio, Esq.
Mark E. Bale, Esq.
Attorneys for Defendant,
PLAZA HOME MORTGAGE, INC.

*ENEIDA AMPARAN v. PLAZA HOME MORTGAGE, INC. – CASE NUMBER C07 04498 PVT*
*ANSWER OF DEFENDANT PLAZA HOME MORTGAGE, INC. TO FIRST AMENDED COMPLAINT*