UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENEIDA AMPARAN, individually
and on behalf of all others similarly
situated,

        Plaintiff(s),

v.

PLAZA HOME MORTGAGE, INC.
and DOES 1 through 10 inclusive,

        Defendant(s).
_____/

Case No. C-07-04498 PVT

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled õDispute Resolution Procedures in the Northern District of Californiaö on the Courtøs ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 01/17/2008                                    Eneida Amparan, et. al.
                                                             [Party]

Dated: 01/17/2008                                    Jonathan Shub
                                                             [Counsel]