UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENEIDA AMPARAN, individually and on
behalf of all others similarly situated,

Plaintiff(s),

CASE NO.  C-07-04498

v.

PLAZA HOME MORTGAGE, INC. and
DOES 1 through 10 inclusive,

Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

_____/

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓      Private ADR *(please identify process and provider)*   JAMS ADR unless otherwise
agreed between the parties.

The parties agree to hold the ADR session by:
✓      the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered. )*

other requested deadline _____

Dated: 1/22/2008 _____

Jonathan Shub _____
Attorney for Plaintiff

Dated: 1/22/2008 _____

Mark Bale
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ___ Non-binding Arbitration
- ___ Early Neutral Evaluation (ENE)
- ___ Mediation
- X    Private ADR

Deadline for ADR session:
- X    90 days from the date of this order.
- ___ other

IT IS SO ORDERED.

Dated: ___1/22/08_____

_Patricia V. Trumbull_____
UNITED STATES MAGISTRATE JUDGE