UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOME MORTGAGE, INC. and DOES 1 through10 inclusive,<br><br>Defendants. | Case No.: C 07 04498 PVT<br><br>**ADR CERTIFICATION BY PARITES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated:  1/22/2008                                              Plaza Home Mortgage, Inc._____
                                                                              [Party] Defendant


Dated:  1/22/2008                                              John D. Alessio, Esq._____
                                                                              [Counsel]  Thompson & Alessio, LLP