UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOME MORTGAGE, INC. and DOES 1 through10 inclusive,<br><br>Defendants.<br>_____ / | Case No.:  C 07 04498 PVT<br><br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The Undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date:   January 22, 2008

THOMPSON & ALESSIO, LLP

By: _____
Kris P. Thompson, Esq.
John D. Alessio, Esq.
Mark E. Bale, Esq.
Counsel for Defendant,
PLAZA HOME MORTGAGE, INC.

1

ENEIDA AMPARAN v. PLAZA HOME MORTGAGE, INC. – CASE NUMBER C07 04498 PVT
ANSWER OF DEFENDANT PLAZA HOME MORTGAGE, INC. TO FIRST AMENDED COMPLAINT