David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04498 PVT**<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF RELATED CASE**<br><br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not yet set |

NOTICE OF RELATED CASE - C-07-4498 PVT

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    Pursuant to United States District Court for the Norhthern District, Local Rule 3-12, Plaintiff,
3  ENEIDA AMPARAN, on behalf of herself and others similarly situated, (collectively "Plaintiff") by her
4  counsel, hereby states that this action is related to *MANDRIGUES v. WORLD SAVINGS, INC., WORLD*
5  *SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive*,
6  USDC Case No. C-07-04497-JF, which Plaintiff filed on August 29, 2007, is the first filed of these
7  related cases and was assigned to the Honorable Jeremy Fogel.

8    In this action, as well as the aforementioned case, Plaintiff seeks to enforce her and the putative
9  class members rights under the Truth in Lending Act, 15 U.S.C. § 1601 et seq., and under contract in
10 connection with Option Adjustable Rate Mortgages sold by the defendants. The legal and factual issues
11 in both actions are virtually identical, as the events on which plaintiffs' claims are based in the actions
12 are virtually identical and the legal claims asserted in both actions are virtually identical. Indeed, the
13 acts and omissions alleged in both actions to violate the Truth in Lending Act are essentially the same.

14   Accordingly, the two cases call for determination of the same or substantially identical questions
15 of law and fact and thus, "[i]t appears likely that there will be an unduly burdensome duplication of
16 labor and expense or conflicting results if the cases are conducted before different Judges." Local Rule
17 3-12 (a)(2).

18   Local Rule 3-12 (c) provides, in relevant part: "[w]henever a Judge believes that a case pending
19 before that Judge is related to another case, **the Judge may refer the case to the Judge assigned to the**
20 **earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether**
21 **the cases are related**."

22                                         Respectfully submitted,

23 DATED: January 23, 2008                 SPIRO MOSS BARNESS LLP

24

25                                         By:    ___/S/_____
                                                  David M. Arbogast, Esq.
26                                                11377 W. Olympic Boulevard, Fifth Floor
                                                  Los Angeles, CA 90064-1683
27                                                Phone: (310) 235-2468; Fax: (310) 235-2456

28 ///

| | |
|---|---|
| 1 | Jonathan Shub (SBN 237708) |
| | SEEGER WEISS LLP |
| 2 | 1515 Market Street, Suite 1380 |
| | Philadelphia, PA 19107 |
| 3 | Phone: (215) 564-2300; Fax (215) 851-8029 |
| 4 | Paul R. Kiesel, Esq. |
| | Patrick Deblase, Esq. |
| 5 | Michael C. Eyerly, Esq. |
| | KIESEL BOUCHER LARSON LLP |
| 6 | 8648 Wilshire Boulevard |
| | Beverly Hills, California 90210 |
| 7 | Phone: (310) 854-4444; Fax: (310) 854-0812 |
| 8 | |
| 9 | Jeffrey K. Berns, Esq. |
| | LAW OFFICES OF JEFFREY K. BERNS |
| | 19510 Ventura Blvd, Suite 200 |
| 10 | Tarzana, California 91356 |
| | Phone: (818) 961-2000; Fax: (818) 867-4820 |
| 11 | |
| | Attorneys for Plaintiff, ENEIDA AMPARAN, and |
| 12 | all others Similarly Situated |

NOTICE OF RELATED CASE - C-07-4498 PVT

-3-