**E-filed 2/28/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

ENEIDA AMPARAN,

    Plaintiff,

     v.

PLAZA HOME MORTGAGE,

    Defendant.
_____

No. C-07-4498-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this case, the Court has scheduled a Case Management Conference for Friday, March 28, 2008 at 10:30 AM.    The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 2/28/08                        For the Court,
                                        Richard W. Wieking, Clerk

                                        Diana Munz
                                        electronic signature
                                        Courtroom Deputy