John D. Alessio, Esq., SBN 174900
**THOMPSON & ALESSIO, LLP**
2550 Fifth Ave., Suite 600
San Diego, CA 92103
Phone: (619) 233-9100
Fax:    (619) 233-9400

Attorneys for Defendant
PLAZA HOME MORTGAGE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: C 07 04498 (JF) (RS)<br><br>**NOTICE OF FIRM AND ADDRESS CHANGE** |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on April 1, 2008, John D. Alessio, Esq. will be associated with the law offices of Procopio, Cory, Hargreaves & Savitch LLP located at 530 B Street, 21st Floor, San Diego, CA 92101. Telephone (619) 238-1900 and Fax (619) 235-0398.

Dated: March 31, 2008

THOMPSON & ALESSIO, LLP

By: _____
John D. Alessio
Attorneys for Defendant
PLAZA HOME MORTGAGE, INC.

---

1

ENEIDA AMPARAN v. PLAZA HOME MORTGAGE, INC. – CASE NUMBER C07 04498 PVT
*NOTICE OF FIRM AND ADDRESS CHANGE*