```
 1  John D. Alessio, Esq., SBN 174900
    THOMPSON & ALESSIO, LLP
 2  2550 Fifth Ave., Suite 600
    San Diego, CA 92103
 3  Phone: (619) 233-9100
    Fax:   (619) 233-9400
 4
    Attorneys for Defendant
 5  PLAZA HOME MORTGAGE, INC.
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10
11  ENEIDA AMPARAN, individually and on  )  Case No.:  C 07 04498 (JF) (RS)
    behalf of all others similarly situated,  )
12                                       )
                    Plaintiff,           )
13                                       )  SUBSTITUTION OF ATTORNEY
         vs.                             )
14                                       )
    PLAZA HOME MORTGAGE, INC. and        )
15  DOES 1 through10 inclusive,          )
                                         )
16                  Defendants.          )
                                         )
17  _____
18
19       THE COURT AND ALL PARTIES ARE NOTIFIED THAT: DEFENDANT, PLAZA HOME
20  MORTGAGE, INC. requests the following substitution:
21  Former legal representative:
    John D. Alessio, Esq., SBN 174900
22  THOMPSON & ALESSIO, LLP
    2550 Fifth Ave., Suite 600
23  San Diego, CA 92103
    Phone: (619) 233-9100
24  Fax:   (619) 233-9400
25  New legal representative:
    John D. Alessio, Esq., SBN 174900
26  Procopio, Cory, Hargreaves & Savitch LLP
    530 B Street, 21st Floor
27  San Diego, CA 92101
28  Phone: (619) 238-1900
    Fax (619) 235- 0398
```

The party requesting substitution is Defendant, Michael R. Fontaine, Chief Financial Officer for PLAZA HOME MORTGAGE, INC.

I CONSENT TO THIS SUBSTITUTION:

Dated: March 31, 2008

Michael R. Fontaine, Chief Financial Officer
PLAZA HOME MORTGAGE, INC.

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: March 27, 2008

John D. Alessio, Esq.
Thompson & Alessio, LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEY)

Dated: April 1, 2008

John D. Alessio, Esq.
Procopio, Cory, Hargreaves & Savitch LLP

## ORDER

Upon consideration of all of the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is hereby granted.

**IT IS SO ORDERED.**

_____                        _____
Date                                            District Court Judge Jeremy Fogel