## PROOF OF SERVICE

**Case Name:** *Amparan v. Plaza Home Mortgage, Inc.*
**Case Info:** United States District Court, San Jose Division   C07 04498 (JF) (RS)

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 2550 Fifth Avenue, Ste. 600, San Diego, California, 92103.

On April 4, 2008, I deposited for service the foregoing document(s) described as:
**NOTICE OF FIRM AND ADDRESS CHANGE and SUBSTITUTION OF ATTORNEY**
on the parties in this action as follows:

| **Attorneys for Plaintiff and all others Similarly Situated:**<br>David M. Arbogast<br>Ira Spiro<br>SPIRO MOSS BARNESS LLP<br>11377 W. Olympic Blvd., 5th Floor<br>Los Angeles, CA  90064-1683<br>T:  310-235-2468<br>F:  310-235-2456<br>Arbogast Email:  David@SpiroMoss.com<br>Spiro Email:  Ira@SpiroMoss.com | Jeffrey K. Berns<br>LAW OFFICES OF JEFFREY K. BERNS<br>19510 Ventura Blvd., Suite 200<br>Tarzana, CA  91356<br>T:  818-961-2000<br>F:  818-867-4820<br>Email:  JBerns@Jeffburnslaw.com |
|---|---|
| Paul R. Kiesel<br>Patrick DeBlase<br>Michael C. Eyerly<br>KIESEL BOUCHER LARSON LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA  90211<br>T:  310-854-4444<br>F:  310-854-0812<br>Kiesel Email:  kiesel@kbla.com<br>DeBlase Email:  dcblase@kbla.com<br>Eyerly Email:  eyerly@kbla.com | Jonathan Shub, Esq.<br>Seeger Weiss LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>T: 215.564-2300<br>F: 215.851-8029<br>(C) 610.453.6551<br>www.seegerweiss.com |

[X]   **BY MAIL - As follows:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed April 4, 2008, at San Diego, California.

Aimee Briggs

-1-