John D. Alessio, Esq., SBN 174900
**THOMPSON & ALESSIO, LLP**
2550 Fifth Ave., Suite 600
San Diego, CA 92103
Phone: (619) 233-9100
Fax: (619) 233-9400

Attorneys for Defendant
PLAZA HOME MORTGAGE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

ENEIDA AMPARAN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

PLAZA HOME MORTGAGE, INC. and DOES 1 through10 inclusive,

Defendants.

Case No.: C 07 04498 (JF) (RS)

**SUBSTITUTION OF ATTORNEY**

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: DEFENDANT, PLAZA HOME MORTGAGE, INC. requests the following substitution:

**Former legal representative:**
John D. Alessio, Esq., SBN 174900
**THOMPSON & ALESSIO, LLP**
2550 Fifth Ave., Suite 600
San Diego, CA 92103
Phone: (619) 233-9100
Fax: (619) 233-9400

**New legal representative**:
John D. Alessio, Esq., SBN 174900
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, 21st Floor
San Diego, CA 92101
Phone: (619) 238-1900
Fax (619) 235- 0398

The party requesting substitution is Defendant, Michael R. Fontaine, Chief Financial Officer for PLAZA HOME MORTGAGE, INC.

I CONSENT TO THIS SUBSTITUTION:

Dated: March 31, 2008

Michael R. Fontaine, Chief Financial Officer
PLAZA HOME MORTGAGE, INC.

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: March 27, 2008

John D. Alessio, Esq.
Thompson & Alessio, LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEY)

Dated: April 1, 2008

John D. Alessio, Esq.
Procopio, Cory, Hargreaves & Savitch LLP

**ORDER**

Upon consideration of all of the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is hereby granted.

**IT IS SO ORDERED.**

4/8/08
Date

District Court Judge Jeremy Fogel