Jeffrey K Berns, Esq. (SBN 131351)
jberns@law111.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd., Fifth Floor
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

*Attorneys for Plaintiff*

John D. Alessio, Esq. (SBN 174900)
jda@procopio.com
**PROCOPIO, CORY, HARGREAVES & SAVITCH**
530 B. Street, 21st Floor
San Diego, CA 92101
Phone: (619) 238-1900
Fax: (619) 235-0398

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04498 - JF**<br><br>Judge: Hon. Jeremy Fogel<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADR COMPLETION DATE**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet |

**STIPULATION**

WHEREAS, on April 1, 2008, counsel for Defendant, Plaza Home Mortgage, Inc., John D. Alessio, Esq. filed a Notice of Firm and Address change;

WHEREAS, on April 7, 2008, counsel for Plaintiff, David M. Arbogast, Esq. and Jeffrey K. Berns, Esq., are in the process of forming a partnership, Arbogast & Berns LLP. Messrs. Arbogast and Berns have submitted the necessary paperwork with the Secretary of the State of California and are awaiting confirmation and registration of their new partnership. Once the registration with the Secretary of State is completed and all other paperwork is completed, Messrs. Arbogast and Berns will be filing the appropriate Notice of Firm changes and Notices of Appearances with the Court. This process and the above referenced Notices are expected to be filed and served by Friday, April 18, 2008.

WHEREAS, David M. Arbogast, Esq. is and has been the attorney primarily responsible for the handling of this case for Plaintiff.

WHEREAS, as a result of counsel's firm changes, referenced above, counsel have agreed, with the Court's permission, to continue the Case Management Conference set for Friday, April 11, 2008 at 10:30 a.m. to June 2, 2008.

WHEREAS, the Last Day for ADR completion is currently set for April 21, 2008.

WHEREAS, Plaintiff intends on naming the subsequent purchasers and/or subsequent assignees of the loans that are the subject of this lawsuit.

WHEREAS, counsel have agreed, with the Court's permission, to extend the Last Day for ADR completion to June 23, 2008, so that such additional parties can participate in the ADR process.

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendant that, should the Court's schedule permit, the April 11, 2008 status conference be continued until June 2, 2008 and that the Last Day for ADR completion be continued to June 23, 2008.

IT IS SO STIPULATED:

DATED: April 9, 2008

Respectfully submitted,

ENEIDA AMPARAN
By her attorneys,

/s/ Jeffrey K. Berns
**LAW OFFICES OF JEFFREY K. BERNS**

19510 Ventura Blvd., Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel (SBN 119854)
Patrick De Blasé(SBN 167138)
Michael C. Eyerly (SBN 178693)
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300
Fax: (215) 851-8029

**SPIRO MOSS BARNESS LLP**
Ira Spiro (SBN 67641)
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax: (310) 235-2456

*Attorneys for Plaintiff*

DATED: April 9, 2008

PLAZA HOME MORTGAGE, INC.
By its attorneys,

*/s/ John D. Alessio*

John D. Alessio (SBN 174900)
**PROCOPIO, CORY, HARGREAVES & SAVITCH**
530 B. Street, 21st Floor
San Diego, CA 92101
Phone: (619) 238-1900
Fax: (619) 235-0398

*Attorneys for Defendants*

/ / /

/ / /

/ / /

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference currently set for April 11, 2008 is continued to Friday, June ~~2~~ 27, 2008 at 10:30 a.m.;

2. The Last Date for ADR completion currently set for April 21, 2008 is continued to June 23, 2008.

**IT IS SO ORDERED**

Dated: 4/10/08, ~~2007~~

Hon. Jeremy Fogel
District Court Judge