1  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@jeffbernslaw.com
2  **LAW OFFICES OF JEFFREY K. BERNS**
   19510 Ventura Boulevard, Suite 200
3  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
4

5  Paul R. Kiesel, Esq. (SBN 119854)
   kiesel@kbla.com
6  Patrick DeBlase, Esq. (SBN 167138)
   deblase@kbla.com
7  Michael C. Eyerly, Esq. (SBN 178693)
   eyerly@kbla.com
8  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard
9  Beverly Hills, California 90211
   Phone: (310) 854-4444; Fax: (310) 854-0812
10

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiff and all others Similarly Situated

12
                **UNITED STATES DISTRICT COURT**
13
        **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**
14

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated, | **CASE NO. C-07-04498 - JF** |
| Plaintiff, | <u>CLASS ACTION</u> |
| | [*Assigned to the Hon. Jeremy Fogel*] |
| v. | |
| | **SUBSTITUTION OF ATTORNEY**S |
| PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |
| | Complaint Filed: August 29, 2007<br>Trial Date: Not yet set |

SUBSTITUTION OF ATTORNEYS - C-07- 4498 - JF

1 TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE that Plaintiff ENEIDA AMPARAN requests the following

3 substitution:

4 **Former legal representative:**
Ira Spiro, Esq. SBN 67641
5 **SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
6 Los Angeles, CA 90064-1683
Phone: (310) 235-2468
7 Fax:    (310) 235-2456

8 **New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
9 **ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
10 Tarzana, California 91356
Phone (818) 961-2000
11 Fax:  (818) 867-4820

12 The party requesting substitution is Plaintiff, ENEIDA AMPARAN.

13 I CONSENT TO THIS SUBSTITUTION:

14

15 Dated: April 15, 2008              */s/ Eneida Amparan*
                                       Plaintiff, ENEIDA AMPARAN
16

17 I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

18
Dated: April 16, 2008              */s/ Ira Spiro*
19                                     Ira Spiro, Esq.
                                       SPIRO MOSS BARNESS LLP
20

21 I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

22
DATED: April 16, 2008              **LAW OFFICES OF JEFFREY K. BERNS**
23

24                                 By:   */s/ Jeffrey K. Berns*
                                         19510 Ventura Boulevard, Suite 200
25                                       Tarzana, California 91356.
                                         Phone: (818) 961-2000
26                                       Fax:    (818) 867-4820

27                                 Attorneys for Plaintiff, ENEIDA AMPARAN, and all
                                   others Similarly Situated
28

-2-

SUBSTITUTION OF ATTORNEYS - C-07- 4498 - JF

1
2
**[PROPOSED] ORDER**

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008           _____
                                  Hon. Jeremy Fogel
                                  District Court Judge