1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@jeffbernslaw.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax:  (310) 861-1775
5
6  Paul R. Kiesel, Esq. (SBN 119854)
   kiesel@kbla.com
   Patrick DeBlase, Esq. (SBN 167138)
7  deblase@kbla.com
   Michael C. Eyerly, Esq. (SBN 178693)
8  eyerly@kbla.com
   **KIESEL BOUCHER LARSON LLP**
9  8648 Wilshire Boulevard
   Beverly Hills, California 90211
10 Phone:  (310) 854-4444; Fax:  (310) 854-0812

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiff and all others Similarly Situated
12

13              **UNITED STATES DISTRICT COURT**

14    **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

15
16 ENEIDA AMPARAN, individually and on      )   **CASE NO. C-07-04498 - JF**
   behalf of all others similarly situated,  )
17                                           )   CLASS ACTION
                       Plaintiff,            )
18                                           )   **NOTICE OF FIRM CHANGE**
            v.                               )
19                                           )
                                             )
20 PLAZA HOME MORTGAGE, INC. and DOES )
   1 through 10 inclusive,                   )
21                                           )
                       Defendants.           )
22                                           )   Complaint Filed: August 29, 2007
                                             )   Trial Date: Not yet set
23 _____ )

24
25
26
27
28

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that on April 7, 2008, Jeffrey K. Berns, Esq. will be associated with

3    the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200 Tarzana,

4    California 91356, Telephone (818) 961-2000 and Fax: (310) 861-1775.

5    DATED:  April 21, 2008                **ARBOGAST & BERNS LLP**

6

7                                    By:  ___/s/ Jeffrey K. Berns_____
                                         19510 Ventura Boulevard, Suite 200
                                         Tarzana, California 91356.
8                                        Phone: (818) 961-2000; Fax:  (818) 867-4820

9                                        Paul R. Kiesel, Esq.
                                         Patrick Deblase, Esq.
10                                       Michael C. Eyerly, Esq.
                                         **KIESEL BOUCHER LARSON LLP**
11                                       8648 Wilshire Boulevard
                                         Beverly Hills, California 90210
12                                       Phone:  (310) 854-4444; Fax:  (310) 854-0812

13                                       Jonathan Shub (SBN 237708)
                                         **SEEGER WEISS LLP**
14                                       1515 Market Street, Suite 1380
                                         Philadelphia, PA 19107
15                                       Phone: (215) 564-2300; Fax (215) 851-8029

16                                       Attorneys for Plaintiff, ENEIDA AMPARAN, and all
                                         others Similarly Situated
17

18

19

20

21

22

23

24

25

26

27

28

-2-