**E-filed 4/24/08**

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax:  (818) 867-4820

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444; Fax:  (310) 854-0812

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PLAZA HOME MORTGAGE, INC. and DOES 1 through 10 inclusive, <br><br> Defendants. | **CASE NO. C-07-04498 - JF** <br><br> <u>CLASS ACTION</u> <br><br> [*Assigned to the Hon. Jeremy Fogel*] <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br><br> Complaint Filed: August 29, 2007 <br> Trial Date: Not yet set |

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiff ENEIDA AMPARAN requests the following

3    substitution:

4    **Former legal representative:**
Ira Spiro, Esq. SBN 67641

5    **SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor

6    Los Angeles, CA 90064-1683
Phone: (310) 235-2468

7    Fax:    (310) 235-2456

8    **New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351

9    **ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200

10    Tarzana, California 91356
Phone (818) 961-2000

11    Fax: (818) 867-4820

12    The party requesting substitution is Plaintiff, ENEIDA AMPARAN.

13    I CONSENT TO THIS SUBSTITUTION:

14

15    Dated:  April 15, 2008            */s/ Eneida Amparan*
                                        Plaintiff, ENEIDA AMPARAN

16

17    I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

18

19    Dated:  April 16, 2008            */s/ Ira Spiro*
                                        Ira Spiro, Esq.
                                        SPIRO MOSS BARNESS LLP

20

21    I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

22

23    DATED:  April 16, 2008        **LAW OFFICES OF JEFFREY K. BERNS**

24                                  By:   */s/ Jeffrey K. Berns*
                                        19510 Ventura Boulevard, Suite 200

25                                      Tarzana, California 91356.
                                        Phone: (818) 961-2000

26                                      Fax:    (818) 867-4820

27                                      Attorneys for Plaintiff, ENEIDA AMPARAN, and all
                                        others Similarly Situated

28

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: __ 4/24 _____, 2008

_____
Hon. Jeremy Fogel
District Court Judge

SUBSTITUTION OF ATTORNEYS - C-07- 4498 - JF