John D. Alessio (Bar No. 174900)
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Defendant,
PLAZA HOME MORTGAGE, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC., and DOES 1 through 10 inclusive, ,<br><br>Defendants.. | Case No.: C-07-04498-JF<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PARTIES |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firm, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

In addition to the named parties, the shareholders of Plaza Home Mortgage, Inc. are: James Cutri; Kevin Parra; and S. Burner, Inc.

DATED: June 27, 2008          PROCOPIO, CORY, HARGREAVES &
                                                    SAVITCH LLP


                                                    By: /s/ *John D. Alessio*
                                                            John D. Alessio
                                                            Attorneys for Defendant.
                                                            PLAZA HOME MORTGAGE, INC.