**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, June 27, 2008
**Case Number:** CV-07-4498-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **ENEIDA AMPARAN  V.  PLAZA HOME MORTGAGE**

**PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:** David Arbogast            **Attorneys Present:** John Alessio

---

PROCEEDINGS:

Case management conference held.  Parties are present.  Continued to 9/26/08 at 10:30 a.m. for further case management conference.