1  David M. Arbogast (SBN 167571)
   darbogast@law111.com
2  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5

   Paul R. Kiesel, Esq. (SBN 119854)
6  kiesel@kbla.com
   Patrick DeBlase, Esq. (SBN 167138)
7  deblase@kbla.com
   Michael C. Eyerly, Esq. (SBN 178693)
8  eyerly@kbla.com
   **KIESEL BOUCHER LARSON LLP**
9  8648 Wilshire Boulevard
   Beverly Hills, California 90211
10 Phone:  (310) 854-4444; Fax:  (310) 854-0812

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiff and all others Similarly Situated
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04498 - JF (PVTx)**<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not yet set. |

STIPULATION AND [PROPOSED] ORDER - C-07-04498 - JF (PVTx)

1  WHEREFORE, Defendant PLAZA HOME MORTGAGE, INC. has identified WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. as the subsequent purchaser of the loan sold to Plaintiff ENEIDA AMPARAN that is the subject of the above-captioned matter.

WHEREFORE, subject to the Court's approval, Defendant PLAZA HOME MORTGAGE, INC. has agreed to allow Plaintiff leave to file her Second Amended Complaint adding WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. as an additional defendant in this action.

IT IS THEREFORE STIPULATED by and between Plaintiff ENEIDA AMPARAN and Defendant PLAZA HOME MORTGAGE, INC. that, should the Court permit, Plaintiff shall be granted leave to file her Second Amended Complaint.

IT IS SO STIPULATED:

DATED: July 24, 2008                         Respectfully submitted,

ENEIDA AMPARAN
By her attorneys,

**ARBOGAST & BERNS LLP**

 */s/ David M. Arbogast*
David M. Arbogast, Esq.
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (818) 867-4820

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

*Attorneys for Plaintiff*

/ / /

/ / /

DATED: July 24, 2008

PLAZA HOME MORTGAGE, INC.
By its attorneys,

 */s/ John D. Alessio*
John D. Alessio (SBN 174900)
**PROCOPIO, CORY, HARGREAVES & SAVITCH**
530 B. Street, 21st Floor
San Diego, CA 92101
Phone: (619) 238-1900
Fax:    (619) 235-0398

*Attorneys for Defendant*

## [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that Plaintiff is granted leave to file her Second Amended Complaint.

**IT IS SO ORDERED**

Dated: _____, 2008

_____
Hon. Jeremy Fogel
District Court Judge