David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Lee A. Weiss (*pro hac vice* pending)
lweiss@dreierllp.com
Rebecca Tingey (*pro hac vice* pending)
rtingey@dreierllp.com
**DREIER LLP**
499 Park Avenue
New York, NY 10022
Phone: (212) 328-6100
Fax: (212) 328-6101

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

Attorneys for Plaintiff and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C-O7-04498 JF (PVTx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE OF ASSOCIATION OF COUNSEL
C-07-04498-JF

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, Lee A. Weiss and Rebecca Tingey of Dreier LLP, 499 Park Avenue, New York, New York 10022, are associating as attorneys of record with Jeffrey K. Berns and David M. Arbogast of Arbogast & Berns LLP, 19510 Ventura Boulevard, Suite 200, Tarzana, California 91356 and Paul R. Kiesel, Patrick DeBlase and Michael C. Eyerly of Kiesel Boucher Larson LLP, 8648 Wilshire Boulevard, Beverly Hills, California 90211, attorneys for plaintiff in the above-captioned action. *Pro hac vice* applications for Lee A. Weiss and Rebecca Tingey were sent directly to the Court on August 26, 2008.

DATED: August 26, 2008

**ARBOGAST & BERNS LLP**

By: /s/ Jeffrey K. Berns
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
David M. Arbogast (SBN 167571)
darbogast@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

**DREIER LLP**

By: /s/ Lee A. Weiss
Lee A. Weiss (*pro hac vice* pending)
lweiss@dreierllp.com
Rebecca Tingey (*pro hac vice* pending)
rtingey@dreierllp.com
499 Park Avenue
New York, NY 10022
Phone: (212) 328-6100
Fax: (212) 328-6101

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
8648 Wilshire Blvd.
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

*Attorneys for Plaintiff*

NOTICE OF ASSOCIATION OF COUNSEL
C-07-04498-JF