Clerk's Use Only
Initial for fee pd.:

Lee A. Weiss
DREIER LLP
499 Park Avenue
New York, NY 10022
Tel: (212) 328-6100

**FILED**

UNITED STATES DISTRICT COURT

2008 AUG 27 P 1: 03

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ENEIDA AMPARAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,

Defendant(s).

CASE NO. C-07-04498-JF (PVTx)

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Lee A Weiss, an active member in good standing of the bar of See Schedule A, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey K. Berns, Arbogast & Berns LLP, 19510 Ventura Boulevard, Suite 200, Tarzana, CA 91356, Tel: (818) 961-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2008

Lee A. Weiss

## SCHEDULE A

Lee A. Weiss
Bar Admissions

| Title of Court | Date of Admission |
|---|---|
| State of New York | 02/19/1992 |
| United States District Court Southern District of New York | 03/02/1993 |
| United States District Court Eastern District of New York | 02/03/1993 |
| United States Court of Appeals for the Eleventh Judicial Circuit | 10/27/2003 |
| United States Court of Appeals for the Fourth Judicial Circuit | 08/08/2003 |
| United States Court of Appeals for the Third Judicial Circuit | 06/01/2007 |
| United States Court of Appeals for the Ninth Judicial Circuit | 07/14/2008 |

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003614
Cashier ID: harwell
Transaction Date: 08/27/2008
Payer Name: Dreier
-----------------------------------
PRO HAC VICE
For: Lee A. Weiss
Case/Party: D-CAN-5-08-AT-PROHAC-001
Amount:        $210.00
-----------------------------------
CHECK
Check/Money Order Num: 6349
Amt Tendered: $210.00
-----------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case # 07-cv-04498-JF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```