**RECEIVED**
2008 AUG 27 PM 1:04
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

ENEIDA AMPARAN, individually and on behalf of all others similarly situated,

CASE NO. C-07-04498-JF (PVTx)

Plaintiff(s),

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

v.

PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,

Defendant(s).

Rebecca Tingey, an active member in good standing of the bar of New York State, SDNY and EDNY whose business address and telephone number (particular court to which applicant is admitted) is

Dreier LLP, 499 Park Avenue, New York, NY 10022, Tel: (212) 328-6100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008

_____
United States District   Judge

UNITED STATES DISTRICT COURT
For the Northern District of California