AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br>v.<br>PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. C-07-04498 JF (PVTx) |

**Summons in a Civil Action**

To: WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Tel.: (818) 961-2000
Fax: (818) 867-4820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 0 5 2008

Richard W. Wieking
Name of clerk of court

*/s/ Gordana Macic*
Deputy clerk's signature

GORDANA MACIC

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*