1 | John D. Alessio, Esq. (174900)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
2 | 530 B Street, Suite 2100
San Diego, California 92101-4469
3 | Telephone (619) 238-1900
Facsimile  (619) 235-0398
4 | Attorney for Defendant,
PLAZA HOME MORTGAGE, INC.
5 |
6 | Lee A. Weiss  (admitted pro hac vice)
Rebecca Tingey  (admitted pro hac vice)
7 | DREIER LLP
499 Park Avenue
8 | New York, NY 10022
Telephone (212) 328-6100
9 | Facsimile (212) 328-6101
ATTORNEYS FOR PLAINTIFF and ALL OTHERS
10 | SIMILARLY SITUATED

11 | UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: C-07-04498-JF<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT<br><br>Dept: Courtroom 4<br>Judge: Jeremy Fogel<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not yet set. |

Stipulation and [Proposed] Order  C-07-4498 JF 115723/000001/962779.01

1  WHEREAS, Plaintiff ENEIDA AMPARAN (hereinafter "Plaintiff") filed a Second Amended Complaint (SAC);

WHEREAS, Defendant PLAZA HOME MORTGAGE, INC. (hereinafter "Defendant") informed Plaintiff of their intent to file a Motion to Dismiss and Motion to Strike the SAC;

WHEREAS, Plaintiff recommended November 7, 2008 as the hearing date for this motion;

WHEREAS, the court confirmed this date would be convenient for the court and requested Defendant to forward confirmation to the court that Plaintiff and Defendant agree on this hearing date and briefing schedule.

Subject to the court's approval, Plaintiff and Defendant, hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

**THE PARTIES AGREE AND STIPULATE TO:**

1. Defendant's responsive pleading(s) shall be filed on or before October 2, 2008;
2. Plaintiff's opposition to such responsive pleadings shall be filed on or before October 17, 2008;
3. Defendant's reply to any such opposition shall be filed on or before October 24, 2008;
4. The court shall hear this matter, without a tentative ruling, on November 7, 2008 at 9:00 a.m.

DATED:    DREIER LLP

By: /s/ *Lee A. Weiss*
Lee A. Weiss, Esq.
Attorneys for Plaintiff, ENEIDA AMPARAN

DATED:    PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ *John D. Alessio*
John D. Alessio, Esq.
Attorneys for Defendant. PLAZA HOME MORTGAGE, INC.

## [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading(s) shall be filed on or before October 2, 2008;
2. Plaintiff's opposition to such responsive pleadings shall be filed on or before October 17, 2008;
3. Defendant's reply to any such opposition shall be filed on or before October 24, 2008;
4. The court shall hear this matter, without a tentative ruling, on November 7, 2008 at 9:00 a.m.

IT IS SO ORDERED

DATED: _____      _____
                                                                             Hon. Jeremy Fogel
                                                                             United States District Court Judge