| | |
|---|---|
| 1 | John D. Alessio, Esq. (174900) |
|  | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 2 | 530 B Street, Suite 2100 |
|  | San Diego, California 92101-4469 |
| 3 | Telephone (619) 238-1900 |
|  | Facsimile  (619) 235-0398 |
| 4 | Attorney for Defendant, |
|  | PLAZA HOME MORTGAGE, INC. |

Lee A. Weiss  (admitted pro hac vice)
Rebecca Tingey  (admitted pro hac vice)
DREIER LLP
499 Park Avenue
New York, NY 10022
Telephone (212) 328-6100
Facsimile (212) 328-6101
ATTORNEYS FOR PLAINTIFF and ALL OTHERS SIMILARLY SITUATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated, | Case No.: C-07-04498-JF |
| Plaintiff, | CLASS ACTION |
| v. | STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT |
| PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive, | |
|  | Dept: Courtroom 4 |
|  | Judge: Jeremy Fogel |
| Defendants. | Complaint Filed: August 29, 2007 |
|  | Trial Date: Not yet set. |

Stipulation and [Proposed] Order  C-07-4498 JF 115723/000001/962779.01

1       WHEREAS, Plaintiff ENEIDA AMPARAN (hereinafter "Plaintiff") filed a Second Amended Complaint (SAC);

       WHEREAS, Defendant PLAZA HOME MORTGAGE, INC. (hereinafter "Defendant") informed Plaintiff of their intent to file a Motion to Dismiss and Motion to Strike the SAC;

       WHEREAS, Plaintiff recommended November 7, 2008 as the hearing date for this motion;

       WHEREAS, the court confirmed this date would be convenient for the court and requested Defendant to forward confirmation to the court that Plaintiff and Defendant agree on this hearing date and briefing schedule.

       Subject to the court's approval, Plaintiff and Defendant, hereby stipulate and agree pursuant to Northern District of California Civil Local Rule 6(a), as follows:

**THE PARTIES AGREE AND STIPULATE TO:**

1.   Defendant's responsive pleading(s) shall be filed on or before October 2, 2008;

2.   Plaintiff's opposition to such responsive pleadings shall be filed on or before October 17, 2008;

3.   Defendant's reply to any such opposition shall be filed on or before October 24, 2008;

4.   The court shall hear this matter, without a tentative ruling, on November 7, 2008 at 9:00 a.m.

DATED:                                    DREIER LLP


                                          By:  /s/ *Lee A. Weiss*
                                               Lee A. Weiss, Esq.
                                               Attorneys for Plaintiff, ENEIDA
                                               AMPARAN

DATED:                                    PROCOPIO, CORY, HARGREAVES &
                                              SAVITCH LLP


                                          By:  /s/ *John D. Alessio*
                                               John D. Alessio, Esq.
                                               Attorneys for Defendant. PLAZA HOME
                                               MORTGAGE, INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading(s) shall be filed on or before October 2, 2008;
2. Plaintiff's opposition to such responsive pleadings shall be filed on or before October 17, 2008;
3. Defendant's reply to any such opposition shall be filed on or before October 24, 2008;
4. The court shall hear this matter, without a tentative ruling, on November 7, 2008 at 9:00 a.m.

IT IS SO ORDERED

DATED: 9/18/08 _____

_____
Hon. Jeremy Fogel
United States District Court Judge