Lee A. Weiss (admitted *pro hac vice*)
lweiss@dreierllp.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@dreierllp.com
**DREIER LLP**
499 Park Avenue
New York, NY 10022
Phone: (212) 328-6100
Fax: (212) 328-6101

Paul R. Kiesel (SBN 119854)
kiesel@kbla.com
Patrick DeBlase (SBN 167138)
deblase@kbla.com
Michael C. Eyerly (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Phone: (310) 854-4444
Fax: (310) 854-0812

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

\*\*E-Filed 9/24/08\*\*

Attorneys for Plaintiff and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,<br><br>       Defendants. | Case No.: C-07-04498-JF<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 26, 2008 CASE MANAGEMENT CONFERENCE TO NOVEMBER 7, 2008<br><br>Dept:  Courtroom 3, 5th Floor<br>Judge:  Jeremy Fogel<br><br>Complaint Filed: August 29, 2007<br>Trial Date:  Not yet set. |

WHEREAS, on June 27, 2008, this Court held an initial case management conference and scheduled a further case management conference on September 26, 2008 at 10:30 a.m.;

WHEREAS, on September 18, 2008, this Court signed an Order establishing the briefing schedule for defendant's motion to dismiss and motion to strike and scheduled the hearing for defendant's motion for November 7, 2008 at 9:00 a.m.;

WHEREAS, in order to further judicial economy and to avoid unnecessary expense and time, pursuant to L.R. 6-2, Plaintiff and Defendant Plaza Home respectfully request that the Court continue the case management conference currently scheduled on September 26, 2008 to November 7, 2008 at 9:00 a.m., the hearing date for defendant's motion to dismiss and motion to strike.

Subject to the Court's approval, Plaintiff and Defendant Plaza Home hereby stipulate and agree as follows:

**THE PARTIES AGREE AND STIPULATE THAT:**

1. The case management conference is continued to November 7, 2008 at 9:00 a.m.

DATED:   September 22, 2008                    DREIER LLP

By: /s/ Lee A. Weiss
Lee A. Weiss
Attorneys for Plaintiff, ENEIDA AMPARAN

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ John D. Alessio
John D. Alessio
Attorneys for Defendant, PLAZA HOME MORTGAGE, INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The case management conference on September 26, 2008 is continued to November 7, 2008 at 9:00 a.m.

IT IS SO ORDERED

DATED: 9/24/08

Hon. Jeremy Fogel
United States District Court Judge