**E-Filed 10/20/08**

1  Lee A. Weiss (admitted *pro hac vice*)
   lweiss@dreierllp.com
2  Rebecca Tingey (admitted *pro hac vice*)
   rtingey@dreierllp.com
3  **DREIER LLP**
   499 Park Avenue
4  New York, NY 10022
   Phone: (212) 328-6100
5  Fax: (212) 328-6101

6  Paul R. Kiesel (SBN 119854)                David M. Arbogast (SBN 167571)
   kiesel@kbla.com                             darbogast@law111.com
7  Patrick DeBlase (SBN 167138)                Jeffrey K. Berns (SBN 131351)
   deblase@kbla.com                            jberns@law111.com
8  Michael C. Eyerly (SBN 178693)              **ARBOGAST & BERNS LLP**
   eyerly@kbla.com                             19510 Ventura Boulevard, Suite 200
9  **KIESEL BOUCHER LARSON LLP**               Tarzana, CA 91356
   8648 Wilshire Boulevard                     Phone: (818) 961-2000
10 Beverly Hills, CA 90211                     Fax: (818) 867-4820
   Phone: (310) 854-4444
11 Fax: (310) 854-0812

12 Attorneys for Plaintiff and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated, | Case No.: C-07-04498-JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT PLAZA HOME MORTGAGE, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT, MOTION TO STRIKE AND CASE MANAGEMENT CONFERENCE FROM NOVEMBER 7, 2008 TO DECEMBER 12, 2008 |
| v. | |
| PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive, | |
| Defendants. | Dept: Courtroom 3, 5th Floor<br>Judge: Jeremy Fogel |
| | Complaint Filed: August 30, 2007<br>Trial Date: Not yet set. |

WHEREAS, on October 2, 2008, Defendant Plaza Home Mortgage filed a Motion to Dismiss Plaintiff's Second Amended Complaint and Motion to Strike (the "Motions") (Docket Nos. 58 and 59);

WHEREAS, the hearing on Defendant's Motions and a Case Management Conference are calendared on November 7, 2008 at 9:00 a.m.;

WHEREAS, Plaintiff's opposition briefs to Defendant's Motions are currently due on October 17, 2008 and Defendant's reply briefs are due on October 24, 2008;

WHEREAS, Plaintiff and Defendant (the "Parties") need additional time to brief the issues raised in Defendant's Motions;

WHEREAS, the Parties propose continuing the hearing on Defendant's Motions and Case Management Conference to December 12, 2008 at 9:00 a.m.;

WHEREAS, under the proposed new briefing schedule, Plaintiff will file her opposition briefs, and supporting materials to Defendant's Motions on October 24, 2008 and Defendant will file its reply briefs, and supporting materials on November 14, 2008.

Subject to the Court's approval, the Parties hereby stipulate and agree as follows:

**THE PARTIES AGREE AND STIPULATE THAT:**

1. The hearing on Defendant's Motions and Case Management Conference are continued to December 12, 2008 at 9:00 a.m.

2. Plaintiff will file her opposition briefs, and supporting materials to Defendant's Motions on October 24, 2008 and Defendant will file its reply briefs and supporting materials on November 14, 2008.

DATED:   October 17, 2008              DREIER LLP

                                                     By: /s/ Lee A. Weiss
                                                         Lee A. Weiss
                                                         Attorneys for Plaintiff, ENEIDA AMPARAN

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ John D. Alessio
      John D. Alessio
      Attorneys for Defendant, PLAZA HOME MORTGAGE, INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's Motions and Case Management Conference are continued to December 12, 2008 at 9:00 a.m.

2. Plaintiff shall file her opposition briefs, and supporting materials to Defendant's Motions on October 24, 2008.

3. Defendant shall file its reply briefs, and supporting materials on November 14, 2008

IT IS SO ORDERED

DATED: 10/20/08

Hon. Jeremy Fogel
United States District Court Judge