STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DEBORAH E. BARACK (State Bar No. 207493)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *dbarack@stroock.com, lacalendar@stroock.com*

Attorneys for Defendant
  WASHINGTON MUTUAL MORTGAGE
  SECURITIES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | Case No. C-07-04498-JF-RS<br>　ORDER APPROVING<br>**STIPULATION TO EXCEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

1     WHEREAS, on July 24, 2008, plaintiff Eneida Amparan ("Plaintiff") filed a Second
2 Amended Complaint ("SAC") adding Washington Mutual Mortgage Securities Corp. ("WMMSC")
3 as a defendant;

4     WHEREAS, WMMSC must answer or otherwise respond to the SAC by October 20, 2008;

5     WHEREAS, on September 26, 2008, Washington Mutual, Inc. ("WMI") filed for
6 bankruptcy protection;

7     WHEREAS, on September 25, 2008:  (A) the Office of Thrift Supervision, the federal
8 agency possessing the authority to regulate Washington Mutual Bank ("WMB"), appointed the
9 Federal Deposit Insurance Corporation ("FDIC") as receiver for WMB for the purpose of
10 liquidation, pursuant to section 5(d)(2) of the Home Owners' Loan Act and section 11(c)(6)(B) of
11 the Federal Deposit Insurance Act, 12 U.S.C. section 1821(c)(6)(B); and (B) the FDIC closed
12 WMB;

13     WHEREAS, WMMSC represents that, upon the FDIC's closure of WMB, JPMorgan Chase
14 & Co. ("Chase") acquired certain banking assets and liabilities of WMB;

15     WHEREAS, WMMSC represents that it is unclear as of today whether Plaintiff's claim
16 against WMMSC is impacted by:  (A) the WMI bankruptcy proceeding; and/or (B) by the FDIC's
17 closure of WMB and/or Chase's acquisition of certain banking assets and liabilities of WMB;

18     WHEREAS, WMMSC expects that this will be clarified over the next few days or weeks;

19     WHEREAS, the parties have agreed to extend the date by which WMMSC must answer or
20 otherwise respond to the SAC by a period of thirty (30) days, from October 20, 2008 to November
21 19, 2008;

22     WHEREAS, WMMSC represents that the purpose of the extension is to allow time to
23 determine on what basis and on behalf of which defendant entity this action may proceed;

24     WHEREAS, pursuant to Local Rule 6-1(a), the parties may agree to an extension of time
25 within which to answer otherwise respond to the SAC, provided the change will not alter the date
26 of any event or any deadline already fixed by Court order; and

27     WHEREAS, this extension will not alter the date of any event or any deadline already fixed
28 by Court order.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that WMMSC's time to answer or otherwise respond to the SAC hereby is extended for a period of thirty (30) days, to and including November 19, 2008.

Dated:  October 14, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By:   /s/ Deborah E. Barack
          Deborah E. Barack

Attorneys for Defendant
    WASHINGTON MUTUAL MORTGAGE
    SECURITIES CORP.

Dated:  October 14, 2008

DREIER LLP
LEE A. WEISS

ARBOGAST & BERNS LLP
DAVID M. ARBOGAST
JEFFREY K. BERNS

By:   /s/ Lee A. Weiss
          Lee A Weiss

Attorneys for Plaintiff
    ENEIDA AMPARAN

IT IS SO ORDERED.

Dated: 10/15/08

_____
Jeremy Fogel, U.S. District Judge