**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
49 West 37th Street, 15th Floor
New York, NY 10018
Telephone: (212) 354-4901
Facsimile: (212) 354-4904

**ARBOGAST & BERNS**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Telephone: (818) 961-2000
Facsimile:  (818) 654-5988

[*Additional counsel listed on signature page*]

Attorneys for Plaintiff Eneida Amparan and all others similarly situated

\*\*E-Filed 7/30/2009\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOME MORTGAGE, INC., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 5:07-cv-04498-JF<br><br>[*Assigned to Hon. Jeremy Fogel*]<br><br>~~[PROPOSED]~~ **ORDER RE JOINT STIPULATION TO CONTINUE AUGUST 7, 2009 CASE MANAGEMENT CONFERENCE TO AUGUST 28, 2009** |

1  The Court having considered the parties' Joint Stipulation to Continue August 7, 2009
2  Case Management Conference to August 28, 2009, and good cause appearing therefor,
3     IT IS HEREBY ORDERED THAT the parties' Joint Stipulation is GRANTED.
4     IT IS FURTHER ORDERED THAT the Case Management Conference is continued to
5  August 28, 2009 at 9:00 a.m.
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

7
8  Dated: July 30, 2009
                                             Hon. Jeremy Fogel
9                                               United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27