SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT S. BEALL, Cal. Bar No. 132016
  rbeall@sheppardmullin.com
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714-513-5100
Facsimile:    714-513-5130

LEANN PEDERSEN POPE (Admitted *Pro Hac Vice*)
  lpope@burkelaw.com
STEPHEN R. MEINERTZHAGEN (Admitted *Pro Hac Vice*)
  smeinertzhagen@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Telephone:   312-840-7000
Facsimile:    312-840-7900

Attorneys for Defendants
WASHINGTON MUTUAL MORTGAGE
SECURITIES CORP., and WAMU ASSET
ACCEPTANCE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10, inclusive,<br><br>Defendants. | Case No. 5:07-cv-04498-JF (RSx)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., WAMU ASSET ACCEPTANCE CORP., AND PLAZA HOME MORTGAGE, INC. TO RESPOND TO THIRD AMENDED COMPLAINT** |

5:07-cv-04498-JF-(RSx)

STIPULATION EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(a), plaintiffs Eneida Amparan, Rafael Cisneros and Guadalupe Cisneros ("Plaintiffs"), and defendants Washington Mutual Mortgage Securities Corp., WaMu Asset Acceptance Corp., and Plaza Home Mortgage, Inc. (collectively, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on August 31, 2009, Plaintiffs filed a Third Amended Complaint ("TAC") in this action, adding new Plaintiffs and Defendants as well as modifying the allegations of the original Plaintiff against the original Defendants;

WHEREAS, on August 28, 2009, the Court entered an Order requiring the Defendants to respond to the TAC within thirty days of service, under which Order the Defendants' responsive pleadings would be due on or before September 30, 2009;

WHEREAS, on September 24, 2009, Plaintiffs and two of the newly added Defendants, Countrywide Home Loans, Inc. and Countrywide Bank, FSB, entered a Stipulation extending the time for those Defendants to respond to the TAC until October 26, 2009;

WHEREAS, the Parties agree that all Defendants' pleadings in response to the TAC should be made according to the same schedule to avoid piecemeal motion practice;

WHEREAS, no party will be prejudiced by the stipulated extension; and

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to any of the parties in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs and Defendants Washington Mutual Securities Corp., WaMu Asset Acceptance Corp., and Plaza Home Mortgage, Inc., by their respective undersigned counsel, that these Defendants shall have through and including October 26, 2009 to answer or otherwise respond to the TAC.

Pursuant to the United States District Court, Northern District of California, Civil

1  Local Rule 6-1(b), the parties respectfully submit the attached proposed order for the
2  convenience of the court.

3  Dated: September 25, 2009                    /s/ Stephen R. Meinertzhagen
                                                Stephen R. Meinertzhagen
4                                               smeinertghagen@burkelaw.com
5                                               BURKE, WARREN, MACKAY & SERRITELLA, P.C.
6                                               330 North Wabash Avenue, 22nd Floor
                                                Chicago, Illinois 60611
7                                               Tel:    312-840-7000
                                                Fax:    312-840-7900
8

9                                               Robert S. Beall
                                                rbeall@sheppardmullin.com
10                                              Shannon Z. Petersen
                                                spetersen@sheppardmullin.com
11                                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12                                              650 Town Center Drive, 4th Floor
                                                Costa Mesa, California 92626-1993
13                                              Tel:    714-513-5100
                                                Fax:    714-513-5130
14
                                                *Attorneys for Defendants Washington Mutual*
15                                              *Securities Corp., and WaMu Asset Acceptance Corp.*

16  Dated: September 25, 2009                   /s/ John D. Alessio
                                                John D. Alessio
17                                              jda@procopio.com
                                                PROCOPIO CORY HARGREAVES & SAVITCH, LLP
18
                                                530 B Street, Suite 2100
19                                              San Diego, California 92101
                                                Tel:    619-238-1900
20                                              Fax:    619-235-0398
21
                                                *Attorneys for Defendant Plaza Home Mortgage, Inc.*
22

23

24

25

26

27

28
   5:07-cv-04498-JF (RSx)                         3
   602663.1                                        STIPULATION EXTENDING TIME TO RESPOND TO
                                                        THIRD AMENDED COMPLAINT

Dated: September 25, 2009

/s/ David M. Arbogast
David M. Arbogast
darbogast@law111.com

Jeffrey K. Berns
jberns@law111.com
ARBOGAST & BERNS LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

Lee A. Weiss
lweiss@bwgfirm.com
Rebecca Tingey
rtingey@bwgfirm.com
BROWNE WOODS GEORGE LLP
49 West 37th Street, 15th Floor
New York, New York 10018
Tel:    212-354-4901
Fax:    212-354-4904

Michael A. Bowse
mbowse@bwgfirm.com
BROWN WOODS GEORGE LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel:    310-274-7100
Fax:    310-275-5697

Christopher A. Seeger
cseeger@weiss.com
SEEGER WEISS LLP
One William Street
New York, New York 10004
Tel:    212-584-0700
Fax:    212-584-0799

Jonathan Shub
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19107
T: 215.564-2300
F: 215.851-8029
jshub@seegerweiss.com

*Attorneys for Plaintiffs*

4

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

Defendants Washington Mutual Mortgage Securities Corp., WaMu Asset Acceptance Corp., and Plaza Home Mortgage, Inc., shall have through and including October 26, 2009 to answer or otherwise respond to the Third Amended Complaint.

IT IS SO ORDERED:

DATED: 10/1/09

Hon. Jeremy Fogel
United States District Court Judge

# ATTESTATION OF SIGNATURE

## (N.D. Cal. General Order No. 45)

Pursuant to N.D. Cal. General Order No. 45 § X(B), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained by all the signatories.

Dated: September 25, 2009

/s/ *John D. Alessio*
John D. Alessio
jda@procopio.com
PROCOPIO CORY HARGREAVES & SAVITCH, LLP
530 B Street, Suite 2100
San Diego, California 92101
Tel:    619-238-1900
Fax:   619-235-0398

*Attorneys for Defendant Plaza Home Mortgage, Inc.*

*Eneida Amparan, et al. v. Plaza Home Mortgage, Inc., et al.*
USDC Case No. 5:07-cv-04498-JF

## CERTIFICATE OF SERVICE

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 530 B Street, Ste. 2100, San Diego, CA 92101.

On September 28, 2009, I served a copy of the following document(s) described as:

**STIPULATION and [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS WASHINGTON MUTAL MORTGAGE SECURITIES CORP., WAMU ASSET ACCEPTANCE CORP., AND PLAZA HOME MORTGAGE, INC. TO RESPOND TO THIRD AMENDED COMPLAINT** on the interested party(ies) in this action as follows:

[ X ] Via CM-ECF (Electronic Filing System) United States District Court, Northern District

| | |
|---|---|
| David M. Arbogast<br>Jeffrey K. Berns<br>Arbogast & Berns LLP<br>19510 Ventura Boulevard, Suite 200<br>Tarzana, California 91356<br>Tel: 818-961-2000/Fax: 818-867-4820<br>E-mail: darbogast@law111.com<br>E-mail: jberns@law111.com | Lee A. Weiss<br>Rebecca Tingey<br>Browne Woods George LLP<br>49 West 37th Street, 15th Floor<br>New York, New York 10018<br>Tel: 212-354-4901/Fax: 212-354-4904<br>E-mail: lweiss@bwgfirm.com<br>E-mail: rtingey@bwgfirm.com |
| Michael A. Bowse<br>Brown Woods George LLP<br>2121 Avenue of the Stars, Suite 2400<br>Los Angeles, California 90067<br>Tel: 310-274-7100/Fax: 310-275-5697<br>E-mail: mbowse@bwgfirm.com | Jonathan Shub<br>Seeger Weiss LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, Pennsylvania 19102<br>Tel: 215-564-2300/Fax: 215-851-8029<br>E-mail: jshub@seegerweiss.com |
| Christopher A. Seeger<br>Seeger Weiss LLP<br>One William Street<br>New York, New York 10004<br>Tel: 212-584-0700/Fax: 212-584-0799<br>E-mail: cseeger@weiss.com | Stephen R. Meinertzhagen<br>smeinertghagen@burkelaw.com<br>BURKE, WARREN, MACKAY & SERRITELLA, P.C.<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, Illinois 60611<br>Tel:   312-840-7000<br>Fax:   312-840-7900 |

| | |
|---|---|
| Brooks R. Brown<br>Goodwin Procter LLP<br>10250 Constellation Boulevard<br>Los Angeles, California 90067<br>Tel: 310-788-5100<br>Fax: 310-286-0992<br>E-mail: bbrown@goodwinprocter.com | Robert B. Bader<br>Goodwin Procter LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco, California 94111<br>Tel: 415-733-6000<br>Fax: 415-677-9041<br>E-mail: rbader@goodwinprocter.com |

FEDERAL:   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2009, at San Diego, CA  92101

                                                  /s/ *John D. Alessio*
                                                John D. Alessio