1   BROOKS R. BROWN (SBN 250724)
    *bbrown@goodwinprocter.com*
2   **GOODWIN PROCTER LLP**
    10250 Constellation Blvd.
3   Los Angeles, California  90067
    Tel.: 310.788.5100
4   Fax: 310.286.0992

5   ROBERT B. BADER (SBN 233165)
    *rbader@goodwinprocter.com*
6   **GOODWIN PROCTER LLP**
    Three Embarcadero Center, 24th Floor
7   San Francisco, California  94111
    Tel.: 415.733.6000
8   Fax: 415.677.9041

9   Attorneys for Defendants: *Countrywide Home
    Loans, Inc.* and  *Countrywide Bank, FSB*
10

                    **\*\*E-Filed 10/28/2009\*\***

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN JOSE DIVISION**

14

15   ENEIDA AMPARAN, RAFAEL CISNEROS          Case No. 5:07-CV-04498-JF (RSx)
     and GUADALUPE CISNEROS, individually
     and on behalf of all others similarly situated,

16                                            **[PROPOSED]** **ORDER GRANTING JOINT
             Plaintiffs,                      STIPULATION TO RESCHEDULE CASE
17                                            MANAGEMENT CONFERENCE**
             v.
18                                            Current date:    October 30, 2009

19   PLAZA HOME MORTGAGE, INC.;               Proposed date:   January 29, 2010
     WASHINGTON MUTUAL MORTGAGE
20   SECURITIES CORP.; WAMU ASSET
     ACCEPTANCE CORP.; COUNTRYWIDE           Time:            9:00 a.m.
21   HOME LOANS, INC.; COUNTRYWIDE           Courtroom:       Courtroom 3, 5th Floor
     BANK, FSB; and DOES 5 through 10        Judge:           Hon. Jeremy Fogel
22   inclusive,

23           Defendants.

24

25

26

27

28

LIBA/2040216.1

ORDER GRANTING THE JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE               Case No. 5:07-CV-04498-JF (RSx)

1

**PROPOSED ORDER**

2          Upon consideration of the Joint Stipulation to Reschedule Case Management Conference

3  filed by the Plaintiffs and Defendants, IT IS HEREBY ORDERED THAT the Case Management

4  Conference currently scheduled for October 30, 2009 at 9:00 a.m. is continued to January 29, 2010

5  at 9:00 a.m.

6          IT IS SO ORDERED.

7

8  Dated:  _____October 28_____, 2009        _____

9                                                 HON. JEREMY FOGEL
                                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE          Case No. 5:07-CV-04498-JF (RSx)

1

## PROOF OF SERVICE

2

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

3

4

    On **October 27, 2009**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

5

6

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR OCTOBER 30, 2009**

7

| | |
|---|---|
| David M. Arbogast, Esq. | Counsel for Plaintiffs: *Eneida Amparan;* |
| Jeffrey K. Berns, Esq. | *Rafael Cisneros* and *Guadalupe Cisneros* |
| ARBOGAST & BERNS LLP | Tel. 818.961.2000 |
| 6303 Owensmouth Avenue, 10th Floor | Fax. 818.936.0232 |
| Woodland Hills, CA 91367-2263 | darbogast@law111.com |
| | jberns@law111.com |

8

9

10

| | |
|---|---|
| Michael A. Bowse, Esq. | Counsel for Plaintiffs: *Eneida Amparan;* |
| BROWNE WOODS GEORGE LLP | *Rafael Cisneros* and *Guadalupe Cisneros* |
| 2121 Avenue of the Stars, Suite 2400 | Tel. 310.274.7100 |
| Los Angeles, CA 90067 | Fax. 310.275.5697 |
| | mbowse@bwgfirm.com |

11

12

13

| | |
|---|---|
| Lee A. Weiss, Esq. | Counsel for Plaintiffs: *Eneida Amparan;* |
| Rebecca Tingey, Esq. | *Rafael Cisneros* and *Guadalupe Cisneros* |
| BROWNE WOODS GEORGE LLP | Tel. 212.354.4901 |
| 49 West 37th Street, 15th Floor | Fax. 212.354.4904 |
| New York, NY 10018 | lweiss@bwgfirm.com |
| | rtingey@bwgfirm.com |

14

15

16

| | |
|---|---|
| Christopher A. Seeger, Esq. | Counsel for Plaintiffs: *Eneida Amparan;* |
| SEEGER WEISS LLP | *Rafael Cisneros* and *Guadalupe Cisneros* |
| One William Street | Tel. 212.584.0700 |
| New York, NY 10004 | Fax: 212. 584.0799 |
| | cseeger@seegerweiss.com |

17

18

19

| | |
|---|---|
| Jonathan Shub, Esq. | Counsel for Plaintiffs: *Eneida Amparan;* |
| SEEGER WEISS LLP | *Rafael Cisneros* and *Guadalupe Cisneros* |
| 1515 Market Street, Suite 1380 | Tel. 215.564.2300 |
| Philadelphia, PA 19107 | Fax. 215.851.8029 |
| | jshub@seegerweiss.com |

20

21

22

| | |
|---|---|
| Jennie Anderson, Esq. | Counsel for Plaintiffs: *Eneida Amparan;* |
| ANDRUS ANDERSON, LLP | *Rafael Cisneros* and *Guadalupe Cisneros* |
| 155 Montgomery Street, 9th Floor | Tel. 415.986.1400 |
| San Francisco, CA 94104 | Fax. 415.986.1474 |
| | jennie@andrusanderson.com |

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | John D. Alessio, Esq. | Counsel for Defendant: *Plaza Home* |
| | Mathieu G. Blackston, Esq. | *Mortgage, Inc.* |
| 2 | PROCOPIO CORY HARGREAVES & | Tel. 619.238.1900 |
| | SAVITCH, LLP | Fax. 619.235..398 |
| 3 | 530 B Street, Suite 2100 | jda@procopio.com |
| | San Diego, CA  92101-4469 | mgb@procopio.com |
| 4 | | |
| | Robert S. Beall, Esq. | Counsel for Defendant: *Washington Mutual* |
| 5 | Shannon Z. Petersen, Esq. | *Mortgage Securities Corp.* and *WAMU Asset* |
| | SHEPPARD MULLIN RICHTER & | *Acceptance Corp.* |
| 6 | HAMPTON LLP | Tel. 714.513.5100 |
| | 650 Town Center Drive, 4th Floor | Fax. 714.513.5130 |
| 7 | Costa Mesa, CA 92626 | rbeall@sheppardmullin.com |
| | | spetersen@sheppardmullin.com |
| 8 | | |
| | LeAnn Pedersen Pope, Esq. | Counsel for Defendant: *Washington Mutual* |
| 9 | Stephen R. Meinertzhagen, Esq. | *Mortgage Securities Corp.* and *WAMU Asset* |
| | BURKE WARREN MACKAY & | *Acceptance Corp.* |
| 10 | SERRITELLA, P.C. | Tel. 312.840.7013 |
| | 330 North Wabash, 22nd Floor | Fax. 312.840.7047 |
| 11 | Chicago, IL 60611 | lpope@burkelaw.com |
| | | smeinertzhagen@burkelaw.com |
| 12 | | |
| | Mariposa Mortgage, Inc. | *In Pro Per* |
| 13 | 2365 Quimby Road | ***SERVICE VIA FEDERAL EXPRESS*** |
| | San Jose, CA  95122 | ***ONLY*** |
| 14 | | |

15  ☐     (MAIL) I placed the envelope for collection and mailing, following our ordinary
16        business practices.  I am readily familiar with this firm's practice for collecting and
          processing correspondence for mailing.  On the same day that correspondence is placed
17        for collection and mailing, it is deposited in the ordinary course of business with the
          United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a
18        resident or employed in the county where the mailing occurred.  The envelope or
          package was placed in the mail at Los Angeles, California.

19  ☑     (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the
20        office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set
          forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is
21        generated automatically by the ECF system upon completion of an electronic filing. The
          NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof
22        of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to
          any document served in the traditional manner upon any party appearing pro se."

23  ☑     *(OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained
24        by Federal Express , an express service carrier, or delivered to a courier or driver
          authorized by said express service carrier to receive documents, a true copy  of the
25        foregoing document in sealed envelopes or packages designated by the express service
          carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

26

27

28

LIBA/2040216.1                                          2

ORDER GRANTING JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE                    Case No. 5:07-CV-04498-JF (RSx)

1        I declare under penalty of perjury that I am employed in the office of a member of the bar
of this Court at whose direction this service was made and that the foregoing is true and correct.

2

3        Executed on **October 27, 2009**, at Los Angeles, California.

4

5   _____     _____
       Britani N. Selzler

6        (Type or print name)               (Signature)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE     Case No. 5:07-CV-04498-JF (RSx)