\*\*E-Filed 7/15/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10 inclusive,<br><br>　　　　Defendants. | **CASE NO. 5:07-cv-04498-JF (PVTx)**<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO FILE STATEMENT OF RECENT NINTH CIRCUIT DECISION - -** *Shroyer v. New Cingular Wireless Services, Inc.*, **606 F.3d 658 (9th Cir. 2010)**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1  Having duly considered the papers submitted by counsel with respect to Plaintiffs' Request to
2  File Statement of Recent Ninth Circuit Decision, and good cause appearing therefore, this Court hereby
3  GRANTS Plaintiffs' request.
4  **IT IS ORDERED**.

6  ___July 15___, 2010.   _____
7  HONORABLE JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE