BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER** LLP
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
**GOODWIN PROCTER** LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendants: *Countrywide Home Loans, Inc.* and *Countrywide Bank, FSB*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10 inclusive,<br><br>Defendants. | Case No. 5:07-CV-04498-JF (RSx)<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Current date: December 3, 2010<br><br>Proposed date: December 17, 2010<br><br>Time: 10:30 a.m.<br>Courtroom: Courtroom 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(a), plaintiffs Eneida Amparan, Rafael Cisneros and Guadalupe Cisneros ("Plaintiffs"), and defendants named as "Plaza Home Mortgage, Inc." ("Plaza Home"), "Washington Mutual Mortgage Securities Corp." ("WMMSC"), "WAMU Asset Acceptance Corp." ("WAAC"), "Countrywide Home Loans, Inc." ("CHL"), and "Countrywide Bank, FSB" ("Countrywide Bank") (the "Countrywide Defendants") (collectively, the "Defendants") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, by Order dated October 1, 2010 ("CMC Order"), this Court scheduled a further case management conference in this matter for December 3, 2010 (the "CMC") (Dkt. No. 166));

WHEREAS, Plaintiffs' counsel and the Countrywide Defendants' counsel in this action are also counsel of record in the *Romero v. Countrywide Bank, N.A.*, No. C-07-04491 JF RS (N.D. Cal.) ("*Romero*") action pending before this Court;

WHEREAS, a hearing on the Countrywide Defendants' motion to dismiss in *Romero* is scheduled for December 17, 2010;

WHEREAS, under these circumstances and in order to conserve this Court's and the Parties' resources by coordination of their respective appearances before this Court in this action and *Romero* on a single date (*see* Fed. R. Civ. P. 1 (Rules shall be construed "to secure the just, speedy and inexpensive determination of every action")), the Parties agree, subject to the approval of this Court, that a two-week continuance of the CMC to December 17, 2010 – the same date as the motion to dismiss hearing in *Romero* – is appropriate;

WHEREAS, Plaza Home, WMMSC, and WAAC agree to this brief continuance;

WHEREAS, no Party will be prejudiced by the relief requested in this Stipulation; and

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that, subject the

1

1 | approval of this Court, the Case Management Conference set for December 3, 2010 shall be
2 | continued to December 17, 2010 at 10:30 a.m..
3
4 | Respectfully submitted.
5 | Dated:   November 23, 2010           By:   /S/   Robert B. Bader
6 | BROOKS R. BROWN
  | *bbrown@goodwinprocter.com*
  | **GOODWIN PROCTER LLP**
7 | 10250 Constellation Blvd.
  | Los Angeles, California  90067
8 | Tel.: 310.788.5100
  | Fax: 310.286.0992
9
10 | ROBERT B. BADER
   | *rbader@goodwinprocter.com*
   | **GOODWIN PROCTER LLP**
11 | Three Embarcadero Center, 24th Floor
   | San Francisco, California  94111
12 | Tel.: 415.733.6000
   | Fax: 415.677.9041
13
14 | Attorneys for Defendants: *Countrywide Home Loans, Inc.* and *Countrywide Bank, FSB*
15 | ///
16
17
18
19
20
21
22
23
24
25
26
27
28

2

JOINT STIPULATION TO RESCHEDULE
CASE MANAGEMENT CONFERENCE                              Case No. 5:07-CV-04498-JF (RSx)

| | |
|---|---|
| Dated: November 23, 2010 | By: /S/ Lee A. Weiss |

LEE A. WEISS (admitted *pro hac vice*)
lweiss@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
1 Liberty Plaza, Suite 2329
New York, NY 10006
Tel. 212.354.4901
Fax. 212.354.4904

DAVID M. ARBOGAST
*darbogast@law111.com*
JEFFREY K. BERNS
*jberns@law111.com*
**ARBOGAST & BERNS LLP**
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367-2263
Tel. 818.961.2000
Fax. 818.936.0232

MICHAEL A. BOWSE
*mbowse@bwgfirm.com*
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Tel. 310.274.7100
Fax. 310.275.5697

CHRISTOPHER A. SEEGER
*cseeger@seegerweiss.com*
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel. 212.584.0700
Fax: 212.584.0799

JONATHAN SHUB
*jshub@seegerweiss.com*
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Tel. 215.564.2300
Fax. 215.851.8029

JENNIE ANDERSON
*jennie@andrusanderson.com*
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, 9th Floor
San Francisco, CA 94104
Tel. 415.986.1400
Fax. 415.986.1474

Counsel for Plaintiffs: *Eneida Amparan; Rafael Cisneros* and *Guadalupe Cisneros*

| | | |
|---|---|---|
| Dated:   November 23, 2010 | By: | /S/   John D. Alessio<br>JOHN D. ALESSIO<br>*jda@procopio.com*<br>**PROCOPIO CORY HARGREAVES & SAVITCH, LLP**<br>530 B Street, Suite 2100<br>San Diego, CA  92101-4469<br>Tel. 619.238.1900<br>Fax. 619.235..398<br><br>Counsel for Defendant: *Plaza Home Mortgage, Inc*. |
| Dated:   November 23, 2010 | By: | /S/   Stephen Ryan Meinertzhagen<br>ROBERT S. BEALL<br>*rbeall@sheppardmullin.com*<br>SHANNON Z. PETERSEN<br>*spetersen@sheppardmullin.com*<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>Tel. 714.513.5100<br>Fax. 714.513.5130<br><br>LEANN PEDERSEN POPE<br>*lpope@burkelaw.com*<br>STEPHEN RYAN MEINERTZHAGEN<br>*smeinertzhagen@burkelaw.com*<br>**BURKE WARREN MACKAY & SERRITELLA, P.C.**<br>330 North Wabash, 22nd Floor<br>Chicago, IL 60611<br>Tel. 312.840.7013<br>Fax. 312.840.7047<br><br>Counsel for Defendant: *Washington Mutual Mortgage Securities Corp.* and *WAMU Asset Acceptance Corp.* |

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 23, 2010          GOODWIN PROCTER LLP


By: /s/ Robert B. Bader


Attorneys for Defendants: *Countrywide Home Loans, Inc. and Countrywide Bank, FSB*

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 23, 2010.

/s/ Robert B. Bader
Robert B. Bader