**E-Filed 12/2/2010**

1 | BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California  90067
Tel.: 310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendants: *Countrywide Home Loans, Inc.* and *Countrywide Bank, FSB*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10 inclusive,<br><br>Defendants. | Case No. 5:07-CV-04498-JF (RSx)<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Current date:   December 3, 2010<br><br>Proposed date:  December 17, 2010<br><br>Time:         10:30 a.m.<br>Courtroom:    Courtroom 3, 5th Floor<br>Judge:        Hon. Jeremy Fogel |

1 **~~PROPOSED~~ ORDER**

2 Upon consideration of the Joint Stipulation to Reschedule Case Management Conference
3 filed by the Plaintiffs and Defendants, IT IS HEREBY ORDERED THAT the Case Management
4 Conference currently scheduled for December 3, 2010 at 10:30 a.m. is continued to December 17,
5 2010 at 10:30 a.m.

6 IT IS SO ORDERED.

7

8 Dated: December 2, 2010

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE                Case No. 5:07-CV-04498-JF (RSx)

1

1 **PROOF OF SERVICE**

2 I certify that this document filed through the ECF system will be sent

3 electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

4 and paper copies will be sent to those indicated as non registered participants on November 23,

5 2010.

6 /s/ Robert B. Bader
Robert B. Bader

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER GRANTING JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE                      Case No. 5:07-CV-04498-JF (RSx)