**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, et. al., | CASE NO. 5:07-cv-04498 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REOPEN CASE** |
| v. | |
| PLAZA HOME MORTGAGE, INC., et. al., | |
| Defendant(s). | |

Having reviewed once again the stipulated dismissal filed April 26, 2012 (see Docket Item No. 198), the court finds its previous instruction to close the case was in error. Accordingly, the clerk is directed to reopen this case.

**IT IS SO ORDERED.**

Dated: April 27, 2012

EDWARD J. DAVILA
United States District Judge