BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Fl.
Los Angeles, California 90017
Tel.: 213.426.2500
Fax: 213.623.1673

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Countrywide Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04498 EJD (PSG)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>Courtroom: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

Pursuant to Fed. R. Civ. P. 41(a), and upon consideration of the Stipulation of Dismissal Without Prejudice filed by Plaintiffs Rafael and Guadalupe Cisneros and Defendants named as "Countrywide Home Loans, Inc." and "Countrywide Bank, FSB" (collectively, "Countrywide"), all claims against Countrywide in this action are hereby dismissed without prejudice, without costs or attorney's fees as to any party, and with each party waiving any right to appeal.

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

---

[Proposed] Order Granting Stipulation of Dismissal Without Prejudice

Case No. C-07-04498 EJD (PSG)

1

## PROOF OF SERVICE

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 26, 2012.

/s/ Brooks R. Brown
Brooks R. Brown

---

2

[Proposed] Order Granting Stipulation of Dismissal
Without Prejudice                                    Case No. C-07-04498 EJD (PSG)