IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN et al., | CASE NO. 5:07-CV-04498-EJD |
| Plaintiffs, | **ORDER STAYING CASE AND SETTING FURTHER CMC** |
| v. | |
| PLAZA HOME MORTGAGE, INC. et al., | |
| Defendants. | |

The parties appeared for a case management conference on May 4, 2012. Consistent with the discussion and orders entered during the conference, the case is hereby STAYED until August 31, 2012, except that the parties shall respond to any outstanding discovery requests. A further case management conference will be held on August 31, 2012. The parties shall submit a full Joint Case Management Statement in compliance with Civil L.R. 16-9 and the Standing Order for All Judges of the Northern District of California on or before August 21, 2012.

**IT IS SO ORDERED.**

Dated:  May 4, 2012

EDWARD J. DAVILA
United States District Judge