Lee A. Weiss (admitted *pro hac vice*)
lweiss@bernsweiss.com
BERNS WEISS LLP
626 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

-and-

Jeffrey K. Berns (SBN 131351)
jberns@law111.com
BERNS WEISS LLP
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04498 EJD (PSG)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>Courtroom:   4 - 5th Floor<br>Judge:          Hon. Edward J. Davila |

- 1 -

1  Pursuant to Fed. R. Civ. P. 41(a), and upon consideration of the Stipulation of Dismissal
2  Without Prejudice filed by Plaintiffs Eneida Amparan and Defendants Washington Mutual
3  Mortgage Securities Corp. and WaMu Asset Acceptance Corp. (collectively, "WAMU"), all
4  claims against WAMU in this action are hereby dismissed without prejudice, without costs or
5  attorney's fees as to any party, and with each party waiving any right to appeal.
6  **IT IS SO ORDERED.**

7  Dated: _____10/1_____, 2012                 _____
8                                                  HON. EDWARD J. DAVILA
                                                   UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Stipulation of Dismissal
Without Prejudice                                  Case No. C-07-04498 EJD (PSG)

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2012.

          /s/ *Lee A. Weiss*
LEE A. WEISS
*lweiss@bernsweiss.com*
**BERNS WEISS LLP**
626 RXR Plaza
Uniondale, NY  11556
Tel.: 516.222.2900
Fax: 818.999.1500

1

[Proposed] Order Granting Stipulation of Dismissal Without Prejudice

Case No. C-07-04498 EJD (PSG)