Lee A. Weiss (admitted *pro hac vice*)
lweiss@bernsweiss.com
BERNS WEISS LLP
626 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

-and-

Jeffrey K. Berns (SBN 131351)
jberns@law111.com
BERNS WEISS LLP
20700 Ventura Boulevard, Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

David M. Arbogast (SBN 167571)
david@arbogastbowen.com
ARBOGAST BOWEN LLP
11400 W. Olympic Boulevard, 2nd Floor
Los Angeles, CA 90064
Telephone: (310) 477-7200
Facsimile: (310) 943-2309

[*additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04498 EJD (PSG)<br><br>[PROPOSED] ORDER<br><br>Date: November 30, 2012<br>Time: 10:00 a.m.<br>Courtroom: 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |

**ORDER**

Pursuant to Plaintiff's request and for good cause shown, IT IS HEREBY ORDERED that, in view of the parties' ongoing settlement discussions:

(1) the Case Management Conference is continued to March 1, 2013 at 10:00 a.m.;

(2) the Parties shall submit a full Joint Case Management Statement in compliance with Civil L.R. 16-9 and the Standing Order for All Judges of the Northern District of California on or before February 22, 2013; separate case management statements shall not be filed for the continued conference.

(3) the proceedings in this action shall remain stayed in their entirety.

(4) any request to dismiss this action must be made by regularly noticed motion pursuant to Local Civil Rule 7;

(5) Within 10 days of this order, the parties shall meet and confer in order to select a private mediator and shall file with this court the ADR form "Stipulation and Proposed Order Selecting ADR Process" indicating their selection. If the parties are unable to reach an agreement, they shall file the ADR form "Notice of Need for ADR Phone Conference" within the same timeframe.

IT IS SO ORDERED.
DATED: November 28, 2012

_____
EDWARD J. DAVILA
United States District Judge

- 1 -

[Proposed] Order – C-07-04998 EJD (PSG)