1   Lee A. Weiss (admitted *pro hac vice*)
    lweiss@law111.com
2   BERNS WEISS, LLP
3   585 Stewart Avenue, Suite L-20
    Garden City, New York 11530
4   Telephone:  (516) 222-2900
    Facsimile:   (818) 999-1500
5
6   -and-

7   Jeffrey K. Berns (SBN 131351)
    jberns@law111.com
8   BERNS WEISS, LLP
    20700 Ventura Boulevard, Suite 140
9   Woodland Hills, CA 91364
    Telephone:  (818) 961-2000
10  Facsimile:   (818) 999-1500

11  [*additional counsel listed on signature page*]

12  Attorneys for Plaintiffs and all others similarly situated

13                    UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

15

16  ENEIDA AMPARAN, RAFAEL CISNEROS          Case No. 5:07-CV-04498-EJD
    and GUADALUPE CISNEROS, individually
17  and on behalf of all others similarly situated,
                                             **JOINT STIPULATION AND [PROPOSED]**
18               Plaintiffs,                 **ORDER TO RESCHEDULE CASE**
                                             **MANAGEMENT CONFERENCE**
19         v.
                                             Current date:     April 19, 2013
20  PLAZA HOME MORTGAGE, INC.;               Proposed date:  May 17, 2013
    WASHINGTON MUTUAL MORTGAGE              Time:               10:00 a.m.
21  SECURITIES CORP.; WAMU ASSET             Courtroom:      Courtroom 4, 5th Floor
    ACCEPTANCE CORP.; and DOES 5 through    Judge:             Hon. Edward J. Davila
22  10 inclusive,

23               Defendants.

24

25

26

27

28

_____
JOINT STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE          CASE NO. 5:07-CV-04498-EJD

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(b), plaintiffs Eneida

2  Amparan, Rafael Cisneros, and Guadalupe Cisneros ("Plaintiffs"), and defendant Plaza Home

3  Mortgage, Inc. ("Plaza Home" or "Defendant") (together, with Plaintiffs, the "Parties"), through

4  their undersigned counsel, stipulate as follows:

5    WHEREAS, by Order dated April 27, 2012 (Dkt. No. 200), this Court dismissed

6  defendants Countrywide Home Loans, Inc. and Countrywide Bank, FSB;

7    WHEREAS, by Order dated October 1, 2012 (Dkt. No. 209), this Court dismissed

8  defendants Washington Mutual Mortgage Securities Corp. and WaMu Asset Acceptance Corp.;

9    WHEREAS, by Order dated November 28, 2012 (Dkt. No. 214), this Court continued the

10  Case Management Conference in this matter to March 1, 2013 at 10:00 a.m. and stayed the case

11  until then, so that the parties could attempt to resolve the case through mediation;

12    WHEREAS, on January 29, 2013, the Parties participated in a mediation with mediator

13  Ross R. Hart;

14    WHEREAS, the Parties agreed to a settlement and on February 19, 2013 requested

15  additional time to finalize a settlement agreement, and to prepare and file a motion for preliminary

16  approval;

17    WHEREAS, this Court continued the Case Management Conference from March 1, 2013

18  to April 19, 2013,

19    WHEREAS, the parties have been working diligently on the settlement agreement, but

20  need an additional extension of four weeks to finalize the settlement agreement and to file a

21  motion for preliminary approval for the settlement;

22    WHEREAS, no Party will be prejudiced by the relief requested in this Notice of Settlement

23  and Stipulation; and

24    WHEREAS, this Notice of Settlement and Stipulation is without prejudice to, or waiver of,

25  any rights or defenses otherwise available to the Parties in this action;

26    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs,

27  by their undersigned counsel, and Defendant, by their undersigned counsel, that, subject to the

28  approval of this Court:

1    (1) the Case Management Conference set for April 19, 2013 shall be continued to May 17,

2         2013 at 10:00 a.m.;

3    (2) the Parties shall submit a full Joint Case Management Statement in compliance with

4         Civil L.R. 16-9 and the Standing Order for All Judges of the Northern District of

5         California on or before May 10, 2013;

6    (3) if the Parties file a motion for preliminary approval of their settlement on or before

7         May 10, 2013, then the Case Management Conference shall be taken off calendar; and

8    (4) the proceedings in this action shall remain stayed in their entirety.

9                              Respectfully submitted,

10   Dated:  April 11, 2013              _____/s/ Lee A. Weiss_____

11                                       Lee A. Weiss (admitted *pro hac vice*)
                                         lweiss@law111.com
12                                       BERNS WEISS, LLP
                                         585 Stewart Avenue, Suite L-20
13                                       Garden City, New York 11530
                                         Telephone:  (516) 222-2900
14                                       Facsimile:   (818) 999-1500
                                              -and-
15                                       Jeffrey K. Berns (SBN 131351)
                                         jberns@law111.com
16                                       BERNS WEISS LLP
                                         20700 Ventura Boulevard, Suite 140
17                                       Woodland Hills, CA 91364
                                         Telephone:  (818) 961-2000
18                                       Facsimile:   (818) 999-1500

19

20                                       *Attorneys for Plaintiffs*

21

22   Dated:  April 11, 2013              _____/s/ John D. Alessio_____
                                         John D. Alessio
23                                       john.alessio@procopio.com
                                         PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
24                                       525 B Street, Ste. 2200
                                         San Diego, California  92191
25                                       Tel: 619.238.1900
                                         Fax: 619.744.5414
26

27                                       *Attorneys for Defendant*
                                         *Plaza Home Mortgage, Inc.*
28

                                         2

1

**ECF CERTIFICATION**

2

3          Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained

4   concurrence regarding the filing of this document from the signatories to the document.

5   Dated:  April 11, 2013                              /s/ *Lee A. Weiss*

6                                                       Lee A. Weiss (admitted *pro hac vice*)
                                                        lweiss@law111.com
7                                                       BERNS WEISS, LLP
                                                        585 Stewart Avenue, Suite L-20
8                                                       Garden City, New York 11530
                                                        Telephone:  (516) 222-2900
9                                                       Facsimile:   (818) 999-1500

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

## [PROPOSED] ORDER

2          Pursuant to the Joint Notice of Settlement and Stipulation of counsel and for good cause

3    shown, IT IS HEREBY ORDERED that:

4

5          (1) the Case Management Conference is continued to May 17, 2013 at 10:00 a.m.;

6          (2) the Parties shall submit a full Joint Case Management Statement in compliance with

7              Civil L.R. 16-9 and the Standing Order for All Judges of the Northern District of

8              California on or before May 10, 2013;

9          (3) if the Parties file a motion for preliminary approval of their settlement on or before

10             May 10, 2013, then the Case Management Conference shall be taken off calendar; and

11          (4) the proceedings in this action shall remain stayed in their entirety.
          (5) this is the final continuance of the Case Management Conference.  All parties
12    shall be personally present at the conference scheduled for May 17, 2013, unless it
      is vacated in advance.  Requests for telephonic appearance will not be considered.

13

14
    Dated: _____April 15_____, 2013          E.D. J. Davila _____
15                                                  Judge Edward J. Davila
16                                                  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                          1