1  Jeffrey K. Berns (SBN 131351)
   jberns@law111.com
2  BERNS WEISS, LLP
   20700 Ventura Boulevard, Suite 140
3  Woodland Hills, CA 91364
4  Telephone: (818) 961-2000
   Facsimile: (818) 999-1500
5
   Lee A. Weiss (admitted *pro hac vice*)
6  lweiss@law111.com
   BERNS WEISS, LLP
7  585 Stewart Avenue, Suite L-20
8  Garden City, New York 11530
   Telephone: (516) 222-2900
9  Facsimile: (818) 999-1500

10 [*additional counsel listed on signature page*]

11 Attorneys for Plaintiffs and all others similarly situated

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| ENEIDA AMPARAN, RAFAEL CISNEROS and GUADALUPE CISNEROS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA HOME MORTGAGE, INC.; WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.; WAMU ASSET ACCEPTANCE CORP.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; and DOES 5 through 10 inclusive,<br><br>Defendants. | Case No. 5:07-CV-04498-EJD<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** ; ORDER THEREON<br><br>Courtroom: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

1     Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Eneida Amparan, Rafael Cisneros, and Guadalupe Cisneros ("Plaintiffs") and defendant Plaza Home Mortgage, Inc. ("Plaza Home" or "Defendant") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

    WHEREAS, Plaza Home is the only remaining Defendant in this action as Defendants Countrywide Home Loans, Inc. and Countrywide Bank, FSB were dismissed from the action by Order dated April 27, 2012 (Dkt. 200 (corrected by Dkt. 202)) and Defendants Washington Mutual Mortgage Securities Corp. and WaMu Asset Acceptance Corp. were dismissed from the action by Order dated October 1, 2012 (Dkt. 209);

    WHEREAS, while at a January 2013 mediation with the assistance and oversight of complex case mediator, Ross Hart, Esq., the Parties reached an agreement in principal to settle this Action against Plaza Home for a payment by Plaza Home to the members of the putative class in an amount equivalent to the total negative amortization that was paid by those class members to Plaza Home while Plaza Home still owned the subject Option ARM loans, which the Parties anticipated they would submit to the Court for preliminary approval after Plaza Home provided confirmation of the negative amortization figures;

    WHEREAS, as part of the settlement agreement, Plaza Home produced for Plaintiffs' counsel's review data identifying the number of members of the putative class who had paid or accrued negative amortization while Plaza Home still owned the subject Option ARM loans; and

    WHEREAS, Plaintiffs' counsel have determined based on their review of the data provided by Plaza Home that Plaza Home held Plaintiffs' and putative class members' loans for such short periods of time before transferring them to third parties (including the previously-dismissed Defendants in this action who are Defendants in certified class actions that cover the majority of the members of the putative class) that almost all of putative class members, including all of the named Plaintiffs, never paid or accrued any negative amortization that was owed to Plaza Home;

    NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a), **IT IS** hereby **STIPULATED** and **AGREED** that all claims against Defendant Plaza Home Mortgage, Inc. in the above-captioned

1 action, and the entire action, be and hereby are **DISMISSED WITH PREJUDICE**, with each

2 party waiving any right to attorneys' fees, costs and appeal; and

3       **IT IS** further **STIPULATED** and **AGREED**, that the dismissal of Plaza Home Mortgage

4 Inc. and the entire action, with prejudice, shall have no effect on the prior without prejudice

5 dismissals of Defendants Countrywide Home Loans, Inc., Countrywide Bank, FSB, Washington

6 Mutual Mortgage Securities Corp. and WaMu Asset Acceptance Corp.

                              Respectfully submitted,

Dated: May 15, 2013               /s/ *Lee A. Weiss*
                                    Lee A. Weiss (admitted *pro hac vice*)
                                    lweiss@law111.com
                                    BERNS WEISS, LLP
                                    585 Stewart Avenue, Suite L-20
                                    Garden City, New York 11530
                                    Telephone: (516) 222-2900
                                    Facsimile: (818) 999-1500

                                          -and-

                                    Jeffrey K. Berns (SBN 131351)
                                    jberns@law111.com
                                    BERNS WEISS LLP
                                    20700 Ventura Boulevard, Suite 140
                                    Woodland Hills, CA 91364
                                    Telephone: (818) 961-2000
                                    Facsimile: (818) 999-1500

                                    *Attorneys for Plaintiffs*

Dated: May 15, 2013               /s/ *John D. Alessio*
                                    John D. Alessio
                                    john.alessio@procopio.com
                                    PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
                                    525 B Street, Ste. 2200
                                    San Diego, California 92191
                                    Tel: 619.238.1900
                                    Fax: 619.744.5414

                                    *Attorneys for Defendant*

**ORDER**
The stipulation is GRANTED. All hearings and deadlines are VACATED. The clerk shall close this file.
DATED: May 15, 2013

                                    EDWARD J. DAVILA
                                    United States District Judge

1 **ECF CERTIFICATION**

2    Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained

3 concurrence regarding the filing of this document from the signatories to the document.

4 Dated: May 15, 2013                     /s/ *Lee A. Weiss*
                                        Lee A. Weiss (admitted *pro hac vice*)
5                                       lweiss@law111.com
                                        BERNS WEISS, LLP
6                                       585 Stewart Avenue, Suite L-20
7                                       Garden City, New York 11530
                                        Telephone:  (516) 222-2900
8                                       Facsimile:   (818) 999-1500

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION DISMISSING ACTION WITH PREJUDICE                    CASE NO. 5:07-CV-04498-EJD

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

      I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 15, 2013.

                                                 /s/ *Lee A. Weiss*
                                Lee A. Weiss (admitted *pro hac vice*)
                                lweiss@law111.com
                                BERNS WEISS, LLP
                                585 Stewart Avenue, Suite L-20
                                Garden City, New York 11530
                                Telephone:  (516) 222-2900
                                Facsimile:   (818) 999-1500